**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **America-CV Network, LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** |
| | Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **01-0961420** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **13001 N.W. 107th Avenue** **Hialeah, FL 33018** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Miami-Dade** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor  **America-CV Network, LLC**
Name

Case number (*if known*) _____

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☒ Yes.

| Debtor | **See Attachment** | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

---

| Debtor | America-CV Network, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**   Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **America-CV Network, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **May 28, 2019**
                 MM / DD / YYYY

X **/s/ Carlos Vasallo**                          **Carlos Vasallo**
Signature of authorized representative of debtor     Printed name

Title    **Authorized Representative**

**18. Signature of attorney**

X **/s/ Paul J. Battista**                          Date    **May 28, 2019**
Signature of attorney for debtor                            MM / DD / YYYY

**Paul J. Battista 884162**
Printed name

**Genovese Joblove & Battista, P.A.**
Firm name

**100 S.E. 2nd Street**
**44th Floor**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone    **305-349-2300**          Email address

**884162 FL**
Bar number and State

Debtor  **America-CV Network, LLC**
_____
Name

Case number (*if known*) _____

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA
_____

Case number (*if known*) _____  Chapter  **11**

☐ Check if this an
amended filing

### FORM 201. VOLUNTARY PETITION

### <u>Pending Bankruptcy Cases Attachment</u>

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Debtor | **America-CV Station Group, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When | **5/14/19** | Case number, if known | **19-16355-BKC-AJC** |
| Debtor | **Caribevision Holdings, Inc.** | | | Relationship to you | **Affiliate** |
| District | **Southern District of Florida** | When | **5/14/19** | Case number, if known | **19-16359-BKC-AJC** |
| Debtor | **Caribevision TV Network, LLC** | | | Relationship to you | **Parent** |
| District | **Southern District of Florida** | When | | Case number, if known | |

**AMERICA-CV NETWORK, LLC**
**ACTION BY WRITTEN CONSENT OF SOLE MEMBER**
**AUTHORIZING THE FILING OF A BANKRUPTCY PROCEEDING**

May 7th, 2019

The undersigned, being the Sole Member of America-CV Network, LLC, a Delaware limited liability company (the "Company"), acting without a meeting pursuant to Section 18-302(d) of the Delaware Limited Liability Company Act, hereby takes the following actions by written consent without a meeting. Unless otherwise stated herein, capitalized terms shall have the meanings given to them in the currently effective Limited Liability Company Agreement of the Company:

WHEREAS, the Sole Member has considered the financial and operational conditions of the Company's business;

WHEREAS, the Sole Member has reviewed, considered and received the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a restructuring or sale of the Company's business and assets under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**Restructuring Matters**

RESOLVED, that after consideration of the alternatives presented to it and the advice of the Company's professionals and advisors, the Sole Member has determined in its business judgment that it is in the best interest of the Company, its members, its creditors and other interested parties and stakeholders that a voluntary petition be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida (the "Petition"), and the filing of such Petition be, and it hereby is, authorized in all respects.

FURTHER RESOLVED, that Carlos Vasallo hereby is appointed as authorized signatory and representative in connection with the bankruptcy proceedings authorized herein (the "Authorized Representative").

FURTHER RESOLVED, that the Authorized Representative, be, and hereby is, authorized, directed, and empowered on behalf of the Company to execute and verify a Petition in the name of the Company under the Bankruptcy Code and to cause the same to be filed, in such form and at such time as the Authorized Representative shall determine.

FURTHER RESOLVED, that the Authorized Representative, be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Company, to negotiate, execute, verify and file, or cause to be executed, verified, and filed (or direct others to do so on their behalf, as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which she deems necessary and proper in connection with the bankruptcy case.

1

FURTHER RESOLVED, that the law firms of Genovese Joblove & Battista P.A., Marcell Felipe Attorneys and Fletcher, Heald & Hildreth, P.L.C., be, and they hereby are, employed to render legal services to, and to represent, the Company in connection with the bankruptcy case and any other related matters in connection therewith, on such terms as the Authorized Representative shall approve.

FURTHER RESOLVED, that the Authorized Representative be, and hereby is, authorized, directed, and empowered for and in the name and on behalf of the Company to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions.

### General Authorization

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by the Authorized Representative in connection with the bankruptcy case, or any further action to seek relief on behalf of the Company under the Bankruptcy Code, or in connection with the bankruptcy case, or any matter related thereto, be, and they hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

**\*\*Signatures appear on next page\*\***

IN WITNESS WHEREOF, the undersigned being the Sole Member of the Company hereby consents to and approves and adopts these resolutions as of the date set forth above.

**Caribevision TV Network, LLC**
a Delaware limited liability company,
Sole Member

By:_____
    CARLOS VASALLO, as Managing Member and
    Authorized Representative and not individually

3

# United States Bankruptcy Court
## Southern District of Florida

In re   **America-CV Network, LLC**

                   Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 28, 2019**

                        **/s/ Carlos Vasallo**
                        **Carlos Vasallo/Authorized Representative**
                        Signer/Title

AC NIELSEN CORPORATION
PO Box 88961
Chicago, IL 60695-8961


AMERICA-CV STATION GROUP, INC.
13001 NW 107th Ave.
Hialeah Gardens, FL 33018


American Express
P.O. Box 650448
Dallas, TX 75265-0448


AMERICAN FIRE SPRINKLER SERVICES, INC.
3371 NW 154th Terrace
Miami Gardens, FL 33054


AMERICAN METEOROLOGICAL SOCIETY
45 Beacon ST
Boston, MA 02108-3693


AMERICAN TOWER CORP.
29637 Network Place
Chicago, IL 60673-1296


AT & T
P.O. Box 105262
Atlanta, GA 30348-5262


AT & T PRO - CABS
P.O. Box 105373
Atlanta, GA 30348


AT & T.
P.O. BOX 5019
CAROL STREAM, IL 60197-5019


ATCI
4050 N McKemy AV
Chandler, AZ 85226


ATLANTIC BROADBAND
PO BOX 371801
PITTSBURGH, PA 15250-7801

AVAYA FINANCIAL SERVICES
CIT
21146 Network Place
Chicago, IL 60673-1211


AVID FINANCIAL SERVICES
PO BOX 740425
ATLANTA, GA 30374-0425


B&H PHOTO-VIDEO INC
PO BOX 8698
New York, NY 10116-8698


Banc of America Leasing & Capital, LLC
135 S. LaSalle Street
IL4-135-10-61
Chicago, IL 60603


Banc of California, N.,A.
18500 Von Karman Ave.
Suite 1100
Irvine, CA 92612


Banco de Sabadell S.A.
1111 Brickell Ave.
30th Floor
Miami, FL 33131


BARBARA A. GUERRA
174 Long Key Road
Key Largo, FL 33037


BEERS ENTERPRISES INCORPORATED
DBA THE SWITCH
P.O. BOX 12018
Lewiston, ME 04243-9494


BERKOWITZ POLLACK BRANT
200 South Biscayne Blvd
6th & 7th Floor
Miami, FL 33131-5351


BIRCH COMMUNICATIONS
P.O. Box 105066
Atlanta, GA 30348-5066

BMI BROADCAST MUSIC INC.
P.O. Box 630893
Cincinnati, OH 45263-0893


Borinquen Communication Inc.
Car 824 Km 7.2 Bo
Qda Cruz Sector Los Perez
Toa Alta, PR 00954


BROADCAST DEPOT CORP.
7782 NW 46 Street
Miami, FL 33166


CAPITAL ONE COMMERCIAL
PO BOX 5219
CAROL STREAM, IL 60197-5219


CAR AUTO REPAIR
13117 NW 107th Ave
HIALEAH GARDENS, FL 33018


Caribbean Power Industries, Corp.
478 Fernando Calder
Urb Roosevelt
San Juan, PR 00918


CARMEN D. RODRIGUEZ
10330 SW 50 Terrace
Miami, FL 33165


CARTA AUTO REPAIR
13117 NW 107TH AVE
HIALEAH GARDENS, FL 33018


CBS BROADCAST INTERNATIONAL
P.O. Box 30656
New York, NY 10087-0656


CENTURYLINK COMMUNICATIONS
BUSINESS SERVICES
P.O. BOX 52187
Phoenix, AZ 85072-2187

Chubb & Son
PO Box 382001
Pittsburgh, PA 15250-8001


City of Hialeah Gardens
10001 NW 87th Ave.
Hialeah Gardens, FL 33016


COFFEY BURLINGTON
2601 South Bayshore DR.
Penthouse 1
Miami, FL 33133


COLONIAL LIFE
P.O. Box 903
Columbia, SC 29202-0903


COMCAST
ATTN: John Dickinson
1010 Kennedy Dr
Suite 200
Key West, FL 33040


COMCAST ABB NETWORK SOLUTIONS, INC.
PO BOX 37601
Philadelphia, PA 19101-0601


COMCAST CABLE
PO BOX 71211
Charlotte, NC 28272-1211


COMPUTER FORENSICS LLC
8461 Lake Worth Road
Suite 233G
Lake Worth, FL 33467


CORPORACION RADIO TV ESPANOLA S.A.
Edificio Prado el Rey Avda. Radiotelevis
Prado del Rey 28223
Pozuelo de Alarcon, Madrid Espa a


CRIM
PO Box 195387
San Juan, PR 00919-5387

DADE ELEVATOR INSPECTORS
P.O. Box 558396
Miami, FL 33255


DAIOHS USA, INC.
12255 SW 128th St
Suite 410
Miami, FL 33186


DAISY M. LEON
1971 Bay Drive
Apt # 2
Miami Beach, FL 33141


DANIARY SUBIRATS
14304 SW 163rd Terrace
Miami, FL 33177


DANITZA A PEREZ
660 SW 57 AVE
#23
Miami, FL 33144


DAVID ESTRELLA P.A.
55 Merrick Way
Suite 210
Coral Gables, FL 33015


DAVID M. ROGERO P.A.
2625 Ponce de Leon Boulevard
Suite 280
Coral Gables, FL 33134


Delaware Division of Revenue
Bankruptcy Services
Carvel State Office Buiding
8th Floor
Wilmington, DE 19801


DELL FINANCIAL SERVICES
PO BOX 5292
CAROL STREAM, IL 60197-5292


DIEGO GASTON BAS
939 SW 154 Path
Miami, FL 33194

DIELECTRIC
22 Tower RD
Raymond, ME 04071


DIRECT CAPITAL CORP
155 Commerce Way
Portsmouth, NH 03801


DIRECT CAPITAL CORPORATION
P.O. Box 790448
St.  Louis, MO 63179-0448


DOLORES HERNANDEZ
900 W. 74 STREET
#103
HIALEAH, FL 33014


DORTA & ORTEGA P.A.
3860 SW 8th Street
PH
Coral Gables, FL 33134


DOS AL CUBO LLC
1000 Brickell Avenue
Suite 1020
Miami, FL 33131


ECUATRONIX USA INC.
12930 SW 128th Street
Suite 204
Unit A1
Miami, FL 33186


EMPIRE STATE BUILDING CO.LLC
P.O. Box 347606
Pittsburgh, PA 15251-4606


ENLIGHTEN DIGITAL LLC
4403 Vineland Road
Suite B6
Orlando, FL 32811

ESRT Empire State Building, LLC
Attn: Maribel Diaz, Esq.
Behar, Gutt & Glazer, P.A.
1855 Griffin Rd., Ste A-350
Ft Lauderdale, FL 33004


ESTRELLA ZAYAS BAZAN
3914S SW 154 PL
Miami, FL 33185


Eugenia Maria Penichet
2450 SW 62 AVE
Miami, FL 33155


Federal Communications Commission
445 12th St SW
Washington, DC 20554


FEDERAL EXPRESS
P.O. Box 660481
Dallas, TX 75266-0481


Financial Agent Services
PO Box 2576
Springfield, IL 62708


First Flash Janitorial Services Inc.
6705 SW 44th St
#24
Miami, FL 33155


FLETCHER  HEALD & HILDRETH PLC
1300 NORTH 17TH ST
11TH FLOOR
ARLINGTON, VA 22209


Fletcher, Heald & Hildreth, PLC
Attn: Francisco R. Montero, Esq.
1300 North 17th Street
11th Floor
Arlington, VA 22209


Florida Department of Revenue
Bankruptcy Unit
PO Box 6668
Tallahassee, FL 32314-6668

FPI SECURITY SERVICES INC.
P.O.BOX 126356
HIALEAH, FL 33012-1605


FRANCISCO FRAMIL
10941 NW 16th Street
Pembroke Pines, FL 33026


FRANCISCO RODRIGUEZ
502 SW 18TH AVE
APT 306
MIAMI, FL 33135


FUENTES-HUDSON & ASSOCIATES INC
13822 SW 83 Avenue
Miami, FL 33158


GERD RIEGER
GERD
8421 SW 202 ST
Cutler Bay, FL 33189


GESTEVISION TELECINCO S.A.
Ctra. Fuencarral-Alcobendas 4
28049
Madrid, Espana


GETTYIMAGES
PO BOX 84434
Seattle, WA 98124-5734


GINA A. GOLDEN
115-111
230 Street
CAMBRIA HEIGHTS, NY 11411


GINA HAZEL GARCIA
581 NE 199 Terrace
Miami, FL 33179


GLASAT.COM L.L.C.
510 SW 51 AVE
MIAMI, FL 33134

GLOBO INTERNATIONAL COMPANY LIMITED
SANDRIGHAM HOUSE
SHIRLEY STREET 83
NASSAU, BAHAMAS


GORGY RECYCLING ROLL-OFF SERVICES
3500 NW 62 Street
Miami, FL 33147


GTT AMERICAS LLCP
P.O. Box 842630
Dallas, TX 75284-2630


HECTOR R. LLORENS
10843 SW 75th TERRACE
Miami, FL 33173


HELOISA LOPES DE OLIVERA ALVES
100 Golden Isles DR
909
Hallandale Beach, FL 33009


HIALEAH GARDENS POLICE DEPARTMENT
10301 NW 87th Avenue
Hialeah, FL 33016


HLB GRAVIER LLP
396 Alhambra Circle
Suite 900
Coral Gables, FL 33134


HOME DEPOT
Dept 32-2502483823
P.O. Box 9055
Des Moines, IA 50368-9055


HUGO PASSARELLO LUNA
57 Avenue Pasteur
Montreuil, FR 93100


HUGO S. HERRERA
18435 NW 10th St
Pembroke Pines, FL 33029

Humana Health Insurance of FL
PO Box 3277
Milwaukee, WI 53201


HYDER SAWANI
3900 SW 186 Way
Miramar, FL 33029


IGT MEDIA HOLDINGS INC.
21 SE 1st Avenue
Miami, FL 33131


IMAGINE COMMUNICATIONS
PO Box 732107
Dallas, TX 75373-2107


INNOVATIVE SERVICE TECHNOLOGY MANAGEMENT
934 Glenwood Avenue
Suite 250
Atlanta, GA 30316-1816


INTEGRATED SECURITY SYSTEMS
1876 NW 7 ST
MIAMI, FL 33125


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


INTERNATIONAL BUSINESS MACHINES CORP
P.O. Box 534151
Atlanta, GA 30353-4151


INTERNATIONAL COMMERCIAL BUSINESS RECOVE
401 Congress Avenue
Suite 1540
Austin, TX 78701


International Electronic Enterprises, In
110 Agate Ave.
Newport Beach, CA 92662

INTRACOASTAL YACHT CLUB
Att: Community Manager
16900 N. Bay Road
Sunny Isles, FL 33160


IPFS CORPORATION
P.O. BOX 730223
Dallas, TX 75373-0223


JACQUELINE SANABRIA
14821 SW 18 ST
MIRAMAR, FL 33027


JORGE M. ABRIL P.A.
1221 SW 27th Avenue
2nd Floor
Miami, FL 33135


JOSE J RAMON
947 NW 135 CT
MIAMI, FL 33182


JUAN ANGEL FINA
3220 SW 84 Ave
Miami, FL 33155


JUAN M. CAO
4419 SW 11TH STREET
MIAMI, FL 33134


KESSLER AND GEHMAN ASSOCIATES INC.
507 NW 60th Street
Suite D
Gainesville, FL 32607


L-3 COMMUNICATIONS CORP
22312 Network Place
Chicago, IL 60673-1223


LAW OFFICE OF JACK N GOODMAN
1200 New Hampshire Ave
NW Suite 800
Washington, DC 20036

LAW OFFICES HOLLAND & KNIGHT LLP
P.O. BOX 864084
ORLANDO, FL 32886-4084


Lease Corporation of America
3150 Livernois Rd.
Suite 300
Troy, MI 48083


LIKE SPECTRUM LLC
90 Bow Street East
East Greenwich, RI 02818


Loud & Live, Inc.
2301 NW 87th Ave.
Miami, FL 33172


MARCELL FELIPE P.A.
1001 Brickell Bay Dr
Suite 1504
Miami, FL 33131


Marcell Felipe, Esq.
1001 Brickell Bay Dr.
Suite 1504
Miami, FL 33131


MARIA CONSUELO HERNANDEZ
3470 SW 27TH ST
MIAMI, FL 33133


MARIA L. GONZALEZ
3464 N. Meridian Ave
Miami Beach, FL 33140


MATOS DORIS
1643 SW 67 AVE
Apt 3
MIAMI, FL 33155


MIAMI BANNERS & SIGNS
7250 NW 8 Street
Suite 1
Miami, FL 33126

MIAMI JANITORIAL SUPPLIES, INC.
10651 NW 132nd St.
Bay 3
`
HIALEAH GARDENS, FL 33018


MIAMI-DADE COUNTY AUTO TAG AGENCY
PO BOX 012131
Miami, FL 33101-2131


Miami-Dade County Tax Collector
Bankruptcy Paralegal Unit
200 NW 2nd Ave.
Suite 430
Miami, FL 33128


MIAMI-DADE FIRE RESCUE DEPARTMENT
Finance Bureau
9300 NW 41st St
Miami, FL 33178-2414


MILEIDYS RIZO
10931 SW 146 Ave
Miami, FL 33186


MONICA PASQUALOTTO LLC
10275 Collins Avenue
Apt 420
Bal Harbour, FL 33154


MOUNTAIN VALLEY WATER CO.
P.O BOX 660070
MIAMI SPRINGS, FL 33266


MUNDO TV LLC
P.O. Box 740777
Los Angeles, CA 90074-0777


MUNDOFOX BROADCASTING LLC
62981 Collecton Center Dr.
Chicago, IL 60653-0628


NATIONAL ECONOMIC RESEARCH ASSOCIATES
P.O. Box 7247-6754
Philadelphia, PA 19170-6754

NIELSEN MEDIA RESEARCH
P.O. Box # 532453
Charlotte, NC 28290-2453


OLGA PELAEZ
6271 NW 199 ST
HIALEAH, FL 33015


Oracle Credit Corporation
500 Oracle Parkway
Redwood City, CA 94065


ORLY GROUP, INC.
13001 NW 107th Ave.
HIALEAH GARDENS, FL 33018


P & P PRODUCTIONS GROUP INC.
8886 W FLAGLER ST
APT 101
MIAMI, FL 33174


PEDRO R. SEVCEC
11825 South Mitchell Manor Cir
PINECREST, FL 33156


PINEDA LAWN SERVICES INC.
80 W 38 STREET
HIALEAH, FL 33012


PRESS ASSOCIATION INC.
P.O. Box 414212
P.O. Box 414212
Boston, MA 02241-4212


RASCO KLOCK PEREZ & NIETO P.L.
2555 Ponce de Leon Blvd
Suite 600
Coral Gables, FL 33134


RAUL TORRES
1020 W 33 St.
Hialeah, FL 33012

RCN TELEVISION
Avenida de las America
#65-82 A.A.
Bogota, Colombia


REBECA C. DE LA FE
3641 NW 100 Street
Miami, FL 33147


REGUS MANAGEMENT GROUP LLC
P.O. Box 842456
Dallas, TX 75284-2456


REINALDO BECERRA
1170 Vero Ave
Clewiston, FL 33440


RESTORED DIGITAL SOLUTIONS, LLC
1801 NW 135th Ave
Suite 900
Miami, FL 33182


REVEREND PEDRO MARTINEZ LLC
50 BISCAYNE BLVD
APT 1806
MIAMI, FL 33132


RICARDO ANTONIO BECERRA ALADRO
1012 NW 102 PL
Miami, FL 33172


ROBERTO A. HEREDIA RUBIO
5750 Collins Avenue
Apt 9E
Miami Beach, FL 33140


ROTO ROOTER SERVICES CO.
5672 Collections Center Dr.
Chicago, IL 60693


ROWLAND COFFEE ROASTERS
9290 NW 112 Avenue
Ste #15
Miami, FL 33178

SHARP ELECTRONIC CORPORATION
DBA SHARP BUSINESS SYSTEMS DEPT.
AT 40249
ATLANTA, GA 31192-0249


SHERJAN BROADCASTING
21050 NE 38th Ave.
#2304
Aventura, FL 33180


STAPLES ADVANTAGE
DEPT ATL
PO BOX 105748
ATLANTA, GA 30348-5748


STRATA MARKETING INC.
23608 Network Place
Chicago, IL 60673-1236


TASC
P.O. Box 88278
Milwaukee, WI 53288-0001


TAYLOR REESE & ASSOCIATES INC.
299 Alhambra Circle
Suite 223
Coral Gables, FL 33134


TECH AIR OF SOUTH FLORIDA
4500 SW 74th Ave.
Miami, FL 33155


THE BRAIN NIMENS CORPORATION LIMITED
105 West Beaver Creek RD
Suite 5
Richmond Hill, Ontario L4B 1C6


THE MIAMI HERALD
PO BOX 019140
MIAMI, FL 33101


THE MIRRAM GROUP
5030 Broadway
Suite 807
New York, NY 10034

THE PAUL GROUP INC.
15349 SW 38 Street
Davie, FL 33331


THOMSON REUTERS (MARKETS) LLC
P.O. Box 415983
BOSTON, MA 02241


THYSSENKRUPP ELEVATOR
PO Box 3796
CAROL STREAM, IL 60132-3796


TIAA COMMERCIAL FINANCE INC.
P.O. Box 911608
Denver, CO 80291-1608


TIME WARNER CABLE
P.O. Box 11820
Newark, NJ 07101-8120


TOP ENTERTAINMENT
13001 NW 107th Ave.
HIALEAH GARDENS, FL 33018


TRIANGLE FIRE INC
2924 NW 109 Ave
Miami, FL 33172


TRULY NOLEN OF AMERICA INC.
5931 Hallandale Beach Blvd
West Park, FL 33023-5245


U.S. Securities & Exchange Commission
Office of Reorganization
950 E. Paces Ferry Rd. NE
Suite 900
Atlanta, GA 30326-1382


United States Trustee
51 SW 1st Ave
Miami, FL 33130


UNITED TELEPORTS INC.
19000 NE 5th Avenue
Miami, FL 33179

UNIVERSAL MUSIC LLC
6974 NW 12 Street
Miami, FL 33126


UPS
P.O.BOX 7247-0244
PHILADELPHIA, PA 19170


US Attorney's Office
99 NE 4th Street
Miami, FL 33132


VALUE ADDED SOLUTIONS & SERVICES INC.
18071 Biscayne Blvd.
Suite 1001
Aventura, FL 33160


VERIZON
PO BOX 15124
ALBANY, NY 12212-5124


VERIZON
P.O. Box 660108
Dallas, TX 75266-0108


VITAMEDIX LLC
20801 Biscayne Blvd
Suite 403
Aventura, FL 33180


VSN NORTH AMERICA, INC.
5201 Blue Lagoon Dr.
Floor 8, Ste 890
Miami, FL 33126


WASTE MANAGEMENT
PO BOX 105453
ATLANTA, GA 30348-5453


WATERMAIN
8549 NW 68 Street
Miami, FL 33166

```
WEATHERCENTRAL
PO BOX 935565
Atlanta, GA 31193-5565


WIDEORBIT INC.
DEPT CH 17518
PALATINE, IL 60055-7518


WRIGHT NATIONAL FLOOD INSURANCE COMPANY
P.O. Box 33070
St. Petersburg, FL 33733-8070


YANELYS APARICIO
141 E 56 Street
Hialeah, FL 33013-1227


ZORAIDA ALFARO LAGO
410 NW 44th Ave
Miami, FL 33126
```