**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:                                                    Chapter 11

AMERICA-CV STATION GROUP, INC.,                          Case No.  19-16355-BKC-AJC

      Debtor.
_____/

In re:                                                    Chapter 11

CARIBEVISION HOLDINGS, INC.,                             Case No.  19-16359-BKC-AJC

      Debtor.
_____/

In re:                                                    Chapter 11

AMERICA-CV NETWORK, LLC,                                 Case No.  19-16976-BKC-AJC

      Debtor.
_____/

In re:                                                    Chapter 11

CARIBEVISION TV NETWORK, LLC,                            Case No.  19-16977-BKC-AJC

      Debtor.
_____/


***EX-PARTE* MOTION BY CHAPTER 11**
**DEBTORS FOR JOINT ADMINISTRATION OF CASES**

      AMERICA-CV STATION GROUP, INC., CARIBEVISION HOLDINGS, INC.,

AMERICA-CV NETWORK, LLC and CARIBEVISION TV NETWORK, LLC (collectively,

the "Debtors"), by and through counsel, and pursuant to Fed. R. Bankr. P. 1015(b) and Local

Rule 1015-1(B), hereby file this *Ex-Parte* Motion By Chapter 11 Debtors for Joint

Administration of Cases (the "Motion").   In further support of this Motion, the Debtors respectfully represent as follows:

**Jurisdiction and Background**

1.      The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of this proceeding is proper in this district and before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      On May 14, 2019, AMERICA-CV STATION GROUP, INC., CARIBEVISION HOLDINGS, INC. and on May 28, 2019, AMERICA-CV NETWORK, LLC and CARIBEVISION TV NETWORK, LLC (respectively and collectively, the "Petition Date"), each filed a voluntary petition in this Court for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").  Since that time, the Debtors have operated as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3.      CARIBEVISION HOLDINGS, INC. is the parent company for AMERICA-CV STATION GROUP, INC.  CARIBEVISION TV NETWORK, LLC is the parent company of AMERICA CV NETWORK, LLC.  Parent companies CARIBEVISION HOLDINGS, INC. and CARIBEVISION TV NETWORK, LLC have common ownership of Vasallo TV Group, LLC (16.6% of Caribevision Holdings, Inc. and 16.6% of Caribevision TV Network, LLC) and Pegaso Television Corp. (10.5% of Caribevision Holdings, Inc. and 83.4% of Caribevision TV Network, LLC). As such, the Debtors are "affiliates" as that term is defined in Section 101(2) of the Bankruptcy Code and as used in Bankruptcy Rule 1015(b).

4.      The Debtors have interrelated liabilities, management, contractual arrangements and operations, including but not limited to operating from the same corporate headquarters at

13001 NW 107th Ave., Hialeah Gardens, FL 33018.

      5.      Given the affiliation of the Debtors and, more significantly, the common interests of the Debtors with respect to the reorganization of the Debtors' estates, joint administration of these Chapter 11 cases before Judge A. Jay Cristol under the case *In re America-CV Station Group, Inc.* Case No.: 19-16355-BKC-AJC (the "Lead Case") shall, among other things: (i) preserve judicial resources and consistency of rulings that may impact on the Debtors and creditors of the estates; and (ii) avoid duplicity of pleadings, motions and other court papers filed during the proceedings.

      6.      The proposed caption for the jointly administered cases is

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| **In re:** | |
| | **Chapter 11** |
| **AMERICA-CV STATION GROUP, INC,** | **Case No. 19-16355-BKC-AJC** |
| **CARIBEVISION HOLDINGS, INC.,** | Case No. 19-16359-BKC-AJC |
| **AMERICA-CV NETWORK, LLC,** | Case No. 19-16976-BKC-AJC |
| **CARIBEVISION TV NETWORK, LLC,** | Case No. 19-16977-BKC-AJC |
| **Debtors.** | **(Jointly Administered Under Case No. 19-16355-BKC-AJC)** |

_____/

      7.      Moreover, joint administration of the Debtors' Chapter 11 cases will protect both the Debtors and creditors against any conflict of interest between the estates.

      8.      For these reasons, the Debtors respectfully request that the Bankruptcy Court enter an order pursuant to Bankruptcy Rule 1015 for joint administration of these cases before Judge A. Jay Cristol under the Lead Case.

9.     A proposed Order granting this Motion is attached hereto and has been uploaded to the Court in each of the Debtors' cases via CM/ECF.

**WHEREFORE**, the Chapter 11 Debtors, AMERICA-CV STATION GROUP, INC., CARIBEVISION HOLDINGS, INC., AMERICA-CV NETWORK, LLC and CARIBEVISION TV NETWORK, LLC, respectfully request that the Court enter an Order (i) directing the joint administration of the Debtors' estates under the Lead Case in accordance with the Local Rules of the U.S. Bankruptcy Court for the Southern District of District of Florida; and (ii) granting such other and further relief as the Court deems appropriate.

Dated: May 28, 2019.

Respectfully Submitted,

**GENOVESE JOBLOVE & BATTISTA, P.A.**
*Proposed Attorneys for Debtors-in-Possession*
100 SE 2nd Street, 44th Floor
Miami, FL 33131
Telephone: (305) 349-2300
Facsimile : (305) 349-2310

By:    */s/ Heather L. Harmon*
       Paul J. Battista, Esq.
       Florida Bar No. 884162
       pbattista@gjb-law.com
       Heather L. Harmon, Esq.
       Fla. Bar No.  013192
       hharmon@gjb-law.com