**Fill in this information to identify the case:**

Debtor name     **America-CV Network, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **19-16976-BKC-AJC**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | **Summary of Assets** |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
Copy line 88 from *Schedule A/B*............................................................................................................ $      **0.00**

    **1b. Total personal property:**
Copy line 91A from *Schedule A/B*........................................................................................................ $      **3,967,946.55**

    **1c. Total of all property:**
Copy line 92 from *Schedule A/B*........................................................................................................... $      **3,967,946.55**

---

| Part 2: | **Summary of Liabilities** |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $      **5,581.76**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $      **71,828.15**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$      **4,951,818.38**

4.   Total liabilities .........................................................................................................
Lines 2 + 3a + 3b

$      **5,029,228.29**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name    **America-CV Network, LLC** |
| United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known)    **19-16976-BKC-AJC** |

☐ Check if this is an
  amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **$2,150.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Regions Bank** | **Checking** | **4668** | $701,435.19 |
| 3.2. | **TD Bank** | **Checking** | **4084** | $55.46 |
| 3.3. | **Iberia Bank** | **Checking** | **9646** | $22,750.71 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $726,391.36 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

#9

| FONDO ASIGNADO  AMERICA CV NETWORK | | | |
|---|---|---|---|
| Wardrobe -Laundry | 100.00 | Ramon Sanchez | Fondo |
| Maquillaje Gasto mes/wipes | 600.00 | Carmen Vina | Fondo |
| HH | 500.00 | Leticia del Monte | Fondo |
| Mantenimiento | 500.00 | Jose Gonzalez | Fondo |
| TN3 | 300.00 | Raynel Basulto | Fondo |
| A fondo/AML/Espejo/PAV | 150.00 | Diego Bas | Fondo |
| **TOTAL** | **$ 2,150.00** | | |

Debtor    **America-CV Network, LLC**                                    Case number *(If known)* **19-16976-BKC-AJC**
_____Name_____

| | | |
|---|---|---|
| 7.1. | **Deposit with ESRT Empire State Building LLC** | $140,000.00 |

| | | |
|---|---|---|
| 7.2. | **Deposit with Puerto Rico Utility (Bonded)** | $25,000.00 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                    $165,000.00
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:    **1,596,545.11**  -  **0.00**  = ....    $1,596,545.11
                            face amount        doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                                   $1,596,545.11
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|



# Aging Manager

| Advertiser | Total Due | Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|---|
| **Property: AmericaDigital** | | | | | | |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $378.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $8,854.15 | $8,854.15 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Property: Ar** | $9,232.15 | $8,854.15 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Property: W** | | | | | | |
| Agency: | $21,934.25 | $17,901.00 | $4,033.25 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($22.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($123.75) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($125.45) | ($125.45) | $0.00 | $0.00 | $0.00 | $16.25 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $5,100.00 | $5,100.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $38,679.25 | $38,679.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $432.00 | ($277.75) | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $38,766.39 | $12,922.13 | $12,922.13 | $12,922.13 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $408.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($2,159.85) | ($2,796.50) | $0.00 | $34.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $35.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $5,100.00 | $0.00 | $5,100.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($800.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($1,062.50) | ($1,062.50) | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

[Sorted by: Property]

# Aging Manager

| Advertiser | Total Due | Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|---|
| *Property: WFUN* | | | | | | |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $12,700.00 | $4,000.00 | $3,700.00 | $5,000.00 | $0.00 | $0.00 |
| Agency: | $1.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($1,650.00) | ($1,650.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($2,056.00) | ($2,590.00) | $0.00 | $534.00 | $0.00 | $0.00 |
| Agency: | $1,734.00 | $1,300.50 | $433.50 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $4,760.05 | $0.00 | $0.00 | $403.75 | $0.00 | $0.00 |
| Agency: | $61,043.80 | $22,875.20 | $25,269.00 | $0.00 | $12,899.60 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $17,799.85 | $17,799.85 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $83.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($1,320.50) | ($2,142.00) | $0.00 | $0.00 | $0.00 | $1,683.00 |
| Agency: | $36,677.50 | $18,466.25 | $18,211.25 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $12,750.00 | $0.00 | $12,750.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($0.01) | ($0.01) | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($98.50) | $276.25 | $0.00 | $0.00 | $0.00 | ($1,049.75) |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $684.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $1,514.25 | ($2,473.50) | $3,987.75 | $135.00 | ($135.00) | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $21.25 | $0.00 | $0.00 |
| Agency: | $3,293.75 | $3,293.75 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $11,055.22 | $10,800.10 | $0.02 | $0.03 | $0.02 | $255.05 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $300.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($445.00) | ($425.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $340.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $61,494.53 | $32,427.50 | $28,900.00 | $0.00 | $0.00 | $0.00 |

[Sorted by: Property]

# Aging Manager

| Advertiser | Total Due | Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|---|
| *Property: WFUN* | | | | | | |
| Agency: | ($12.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $9,778.40 | ($5,052.40) | $0.00 | $1,493.45 | $1,527.45 | $0.00 |
| Agency: | ($3,343.00) | ($3,626.25) | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $31,875.00 | $12,856.25 | $19,018.75 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $4,037.50 | $0.00 | $0.00 | $4,037.50 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($52.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $276.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $2,550.00 | $2,550.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $106,431.55 | $31,462.75 | $33,680.17 | $31,292.75 | $9,996.00 | $0.00 |
| Agency: | $83,767.50 | $18,487.50 | $27,710.00 | $37,570.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $1,579.30 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($2,193.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $11,262.50 | $7,947.50 | $3,315.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $17,262.78 | $4,852.65 | $6,865.45 | $5,424.70 | $127.48 | ($7.50) |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($238.02) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $53,040.00 | $16,464.50 | $13,498.00 | $12,945.50 | $10,132.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($29.75) | ($29.75) | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $23,800.00 | $19,465.00 | $4,335.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $25,670.00 | $18,593.75 | $7,076.25 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

[Sorted by: Property]

# Aging Manager

| Advertiser | Total Due | Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|---|
| *Property: WFUN* | | | | | | |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $19,040.00 | $9,520.00 | $9,520.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $13,430.00 | $13,430.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($10,275.00) | ($9,690.00) | $0.00 | $0.00 | $0.00 | ($85.00) |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $127.50 |
| Agency: | $475.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $24,777.50 | $12,665.00 | $12,112.50 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($50.00) | ($50.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($272.00) | ($2,584.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $18,368.50 | $18,368.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $20,865.50 | $13,515.00 | $6,502.50 | $1,088.00 | ($240.00) | $0.00 |
| Agency: | ($1,117.75) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $1,190.00 | $1,190.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $11,475.00 | $11,475.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($780.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $5,610.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $26,707.00 | $0.00 | $0.00 | $26,707.00 | $0.00 | $0.00 |
| Agency: | ($3,740.00) | ($3,740.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $31,968.85 | $11,973.10 | $11,538.75 | $9,987.50 | $0.00 | $0.00 |
| Agency: | $3,816.50 | $0.00 | $3,816.50 | $0.00 | $0.00 | $0.00 |
| Agency: | $38,199.00 | $9,180.00 | $7,497.00 | $9,027.00 | $0.00 | $0.00 |
| Agency: | ($1,085.45) | $0.00 | $0.00 | $0.00 | $0.00 | ($1,439.05) |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $1,190.00 | $1,190.00 | $0.00 | $0.00 | $0.00 | $0.00 |

[Sorted by: Property]

# Aging Manager

| Advertiser | Total Due | Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|---|
| *Property: WFUN* | | | | | | |
| Agency: | $1,580.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $25,245.00 | $25,245.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $3,026.05 | $0.00 | $0.00 | $3,026.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($680.00) | ($680.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $20,655.00 | $11,475.00 | $9,180.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($987.46) | ($987.46) | $0.00 | $0.00 | $305.13 | $0.00 |
| Agency:                            VA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $11,390.00 | $0.00 | $11,390.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $137,919.64 | $44,208.50 | $31,452.89 | $62,258.25 | $0.00 | $0.00 |
| Agency: | $24,055.00 | $0.00 | $20,485.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($750.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($937.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($40,725.00) | ($39,925.00) | $0.00 | $0.00 | $0.00 | ($600.00) |
| Agency: | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $1,530.00 | $1,530.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $4,590.00 | $4,590.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $12,071.47 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $3,400.00 | $0.00 | $0.00 | $3,400.00 | $0.00 | $0.00 |
| Agency: | $1,610.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $25,798.13 | $9,799.50 | $5,763.00 | $10,200.00 | ($18.75) | $0.00 |
| Agency: | ($1,945.50) | ($2,295.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $14,598.77 | $8,925.00 | $5,673.75 | $0.00 | $0.02 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $19,659.65 | $8,310.45 | $11,349.20 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $16,572.50 | $14,535.00 | $2,210.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($790.50) | $442.00 | $0.00 | $1,232.50 | $0.00 | $0.00 |
| Agency: | $3,000.50 | $3,000.50 | $0.00 | $0.00 | $0.00 | $0.00 |

[Sorted by: Property]

# Aging Manager

| Advertiser | Total Due | Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|---|
| *Property: WFUN* | | | | | | |
| Agency: | ($100.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $17,675.00 | $17,680.00 | $0.00 | $0.00 | $0.00 | ($5.00) |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $3.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $14,025.00 | $14,025.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $6,417.50 | $3,655.00 | $2,762.50 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($1,000.00) | $0.00 | $0.00 | ($1,000.00) | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $180.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($5,000.00) | ($5,000.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $629.70 | ($382.20) | ($247.50) | $0.00 |
| Agency: | ($0.38) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $14,025.00 | $7,012.50 | $7,012.50 | $0.00 | $0.00 | $0.00 |
| Agency: | $18,780.75 | $5,975.50 | $5,431.50 | $7,373.75 | $0.00 | $0.00 |
| Agency: | $2,500.00 | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($654.50) | ($654.50) | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($7,616.00) | ($7,616.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($277.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($21.25) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $8,988.75 | $8,988.75 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $65,088.75 | $28,432.50 | $19,868.75 | $16,787.50 | $0.00 | $0.00 |
| Agency: | $8,287.50 | $0.00 | $0.00 | $297.50 | $7,990.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($1,072.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $31,875.00 | $0.00 | $31,875.00 | $0.00 | $0.00 | $0.00 |

[Sorted by: Property]

# Aging Manager

| Advertiser | Total Due | Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|---|
| *Property: WFUN* | | | | | | |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $154,720.00 | $87,507.50 | $67,235.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $3,519.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $19,607.38 | $4,242.35 | $7,921.15 | $7,443.88 | $0.00 | $0.00 |
| Agency: | $45,432.50 | $22,865.00 | $22,567.50 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Property: WF* | $1,565,767.15 | $660,500.26 | $544,600.21 | $265,688.14 | $42,336.45 | ($1,104.50) |
| *Property: WI* | | | | | | |
| Agency: | $357.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Property: WF* | $357.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Property: WI* | | | | | | |
| Agency: | ($23,949.60) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Property: WI* | ($23,949.60) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Property: WJ* | | | | | | |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($131.20) | ($42.80) | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $1,924.50 | $0.00 | $0.00 | $0.00 | $0.00 | $72.25 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $38.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $255.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $2,486.25 | $2,486.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($459.75) | ($624.75) | $0.00 | $0.00 | $165.00 | $0.00 |
| Agency: | $3,080.00 | $960.00 | $960.00 | $1,160.00 | $0.00 | $0.00 |
| Agency: | $3,281.00 | $1,640.50 | $1,640.50 | $0.00 | $0.00 | $0.00 |
| Agency: | $1,223.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $281.50 | $281.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($132.04) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $1,700.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $631.00 | $591.00 | $40.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $85.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $1.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $91.80 | $0.00 | $91.80 | $0.00 | $0.00 | $0.00 |
| Agency: | ($467.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($222.70) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

[Sorted by: Property]

# Aging Manager

| Advertiser | Total Due | Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|---|
| *Property: WJAN* | | | | | | |
| Agency: | $204.55 | $0.00 | $0.00 | $0.00 | $204.55 | $0.00 |
| Agency: | $26,307.50 | $7,446.00 | $3,808.00 | $9,180.00 | $5,873.50 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $714.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($158.83) | ($158.83) | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($475.05) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($68.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($318.25) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($870.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $40.80 | $0.00 | $0.00 | $0.00 | $0.00 | $20.40 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $2,295.00 | $2,295.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $106.25 | $0.00 | $0.00 | $106.25 | $0.00 | $0.00 |
| Agency: | ($15.00) | $0.00 | $0.00 | ($15.00) | $0.00 | $0.00 |
| Agency: | ($1,150.05) | ($1,150.05) | $21.25 | ($21.25) | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($1,160.00) | ($1,010.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($541.25) | ($420.75) | $0.00 | ($8.75) | ($4.00) | ($3.25) |
| Agency: | ($510.00) | ($510.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $42.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($595.00) | ($610.00) | $297.50 | ($282.50) | $0.00 | $0.00 |
| Agency: | ($38.25) | ($38.25) | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($40.00) | $60.00 | ($36.00) | $0.00 | ($64.00) | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($558.70) | ($537.20) | $0.00 | ($8.50) | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $21.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $267.25 | $276.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $21.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Property: WJAN* | $37,187.52 | $10,933.87 | $6,823.05 | $10,110.25 | $6,175.05 | $89.40 |
| *Property: WPXO* | | | | | | |

[Sorted by: Property]

# Aging Manager

| Advertiser | Total Due | Current | 30 Days | 60 Days | 90 Days | 120 Days |
|---|---|---|---|---|---|---|
| *Property: WPXO* | | | | | | |
| Agency: | ($115.75) | $0.00 | $0.00 | ($114.75) | $0.00 | $0.00 |
| Agency: | ($120.45) | $185.30 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($464.51) | ($363.36) | ($42.50) | $0.00 | $0.00 | $0.00 |
| Agency: | ($80.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $680.00 | $680.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $78.75 | $78.75 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($1.50) | ($1.50) | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($17.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($357.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $57.00 | $0.00 | $26.00 | $31.00 | $0.00 | $0.00 |
| Agency: | ($34.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Property: WPXO | ($374.46) | $579.19 | ($16.50) | ($83.75) | $0.00 | $0.00 |
| *Property: WSPF-CD* | | | | | | |
| Agency: | ($65.25) | $173.40 | ($195.30) | $0.00 | $0.00 | $0.00 |
| Agency: | ($252.40) | ($185.60) | $0.00 | $0.00 | ($55.00) | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | ($0.05) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $5,712.00 | $446.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $1,163.65 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $391.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $204.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $862.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $46.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $53.40 | $100.20 | $119.30 | $45.90 | $22.95 | $6.65 |
| Agency: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Agency: | $210.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($35.00) |
| Property: WSPF-CD | $8,325.35 | $534.25 | ($76.00) | $45.90 | ($32.05) | ($28.35) |
| | $1,596,545.11 | $681,401.72 | $551,330.76 | $275,760.54 | $48,479.45 | ($1,043.45) |

[Sorted by: Property]

Debtor    **America-CV Network, LLC**    Case number *(If known)* **19-16976-BKC-AJC**
Name

39.    **Office furniture**

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**
       **See attached Schedule of Equipment**    $877,977.57    N/A    $877,977.57

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**    $877,977.57
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **2018 Lexus NX 300,**<br>**JTJYARBZ8J2110720 (leased)**<br>**2016 Ford Econoline,**<br>**1FTSS34L36HB26744**<br>**2015 Kia Sedona, KNDMC5C15F6051395** | Unknown | N/A | Unknown |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**    $0.00
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

| Asset Type | Year Added | Description | Description 2 | Amount | Date Added | Year End | Useful Life | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Acc. Dep | NBV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Asset Type | Year Added | | | Amount | Date Added | Year End | Useful Life | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Acc. Dep. | NBV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Computer Equipment | 2012 | RFWD Balance | | 138,446.26 | 12/31/2012 | 12/31/2012 | 5 | 15,458.00 | 27,689.25 | 27,689.25 | 27,689.25 | 27,689.25 | 12,231.25 | - | - | 138,446.26 | - |
| Computer Equipment | 2012 | MORALES LAXAGUE, JAVIER | Refund compra de Mac para noticias - envíos de i | 3,035.44 | 10/18/2012 | 12/31/2012 | 5 | - | 121.42 | 607.09 | 607.09 | 607.09 | 607.09 | 485.67 | - | 3,035.44 | 0.00 |
| Computer Equipment | 2012 | AMERICAN EXPRESS | | 1,789.24 | 03/06/2013 | 12/31/2013 | 5 | - | - | 298.90 | 353.85 | 353.85 | 353.85 | 353.85 | 64.95 | 1,789.24 | - |
| Computer Software | 2016 | | Pago ATM - Livestream - Software mes | 5,988.00 | 01/02/2016 | 12/31/2016 | 5 | - | - | - | - | - | 1,097.60 | 1,097.60 | 1,197.60 | 3,453.00 | 2,495.00 |
| | | | | | | | | 15,458 | 27,811 | 28,585 | 28,650 | 28,650 | 14,289 | 2,037 | 1,262.55 | 146,744 | |

T4

| Asset Type | Year Added | | | Amount | Date Added | Year End | Useful Life | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | Acc. Dep | NBV |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Equip. Under Cap Lease | 2013 | Equip. Under Capital Lease | ATCI | 45,914.75 | 12/19/2012 | 12/31/2013 | 3 | - | 151.00 | 15,304.92 | 15,304.92 | 15,304.92 | (151.00) | - | - | 45,914.75 | (0.37) |
| Equip. Under Cap Lease | 2013 | Equip. Under Capital Lease | WEATHERCENTRAL | 48,328.00 | 08/01/2013 | 12/31/2013 | 4 | - | - | 4,038.37 | 12,082.00 | 12,082.00 | 12,082.00 | 8,044.00 | - | 48,328.37 | (0.13) |
| Equip. Under Cap Lease | 2013 | Equip. Under Capital Lease | UNIVERSAL MUSIC LLC. | 34,775.00 | 05/26/2013 | 12/31/2013 | 4 | - | - | 4,477.88 | 8,693.75 | 8,693.75 | 8,693.75 | 4,216.00 | - | 34,775.13 | - |
| Equip. Under Cap Lease | 2013 | Comp. Eq. Under Cap. Lease | DIRECT CAPITAL CORP | 29,930.92 | 12/17/2012 | 12/31/2013 | 3 | - | 230.00 | 9,976.97 | 9,976.97 | 9,976.97 | (230.00) | - | - | 29,930.92 | 0.38 |
| Equip. Under Cap Lease | 2013 | Comp. Eq. Under Cap. Lease | DIRECT CAPITAL CORP | 38,543.00 | 01/22/2013 | 12/31/2013 | 3 | - | - | 12,073.29 | 12,847.67 | 12,847.67 | 774.00 | - | - | 38,543.82 | - |
| Equip. Under Cap Lease | 2013 | Comp. Eq. Under Cap. Lease | DIRECT CAPITAL CORP | 36,738.45 | 11/16/2013 | 12/31/2013 | 5 | - | - | 865.62 | 7,347.69 | 7,347.69 | 7,347.69 | 7,347.69 | 6,482.07 | 36,738.45 | - |
| Equip. Under Cap Lease | 2015 | LCA BANK CORPORATION | Camara Hitachi - Order confirmation | 165,791.52 | 05/31/2015 | 12/31/2015 | 3 | - | - | - | - | 32,237.24 | 55,263.84 | 55,263.84 | 23,026.60 | 165,791.52 | - |
| Equip. Under Cap Lease | 2015 | LEASE CORPORATION OF AMERICA | Camara Hitachi - Order confirmation | 99,855.00 | 05/31/2015 | 12/31/2015 | 3 | - | - | - | - | 19,416.25 | 33,285.00 | 33,285.00 | 13,868.75 | 99,855.00 | - |
| Equip. Under Cap Lease | 2017 | | Oracle - Hardware Oracle (Inv 2501168250224405) | 30,338.51 | 08/18/2017 | 12/31/2017 | 3 | - | - | - | - | - | - | 3,792.06 | 10,112.17 | 13,904.23 | 16,432.28 |
| Equip. Under Cap Lease | 2017 | DELL FINANCIAL SERVICES | Dell Financial Services L.L.C./Lease No. 003-9329 | 10,579.68 | 12/26/2017 | 12/31/2017 | 3 | - | - | - | - | - | - | 263.88 | 1,526.56 | 3,820.44 | 6,759.24 |
| | | | | 540,792.83 | | | | - | 381 | 46,737 | 66,233 | 117,906 | 117,065 | 112,242 | 57,616.15 | 517,691 | 23,191 |

14

| Debtor | **America-CV Network, LLC** | Case number *(If known)* **19-16976-BKC-AJC** |
|---|---|---|
| | Name | |

■ No
☐ Yes

---

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

---

**Part 10:**  **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** <br> **See attached** | Unknown | N/A | Unknown |
| 61. | **Internet domain names and websites** <br> **See attached** | Unknown | N/A | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | | **$0.00** |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 11:**  **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Trademark Owner | Status | Word Mark | Serial Number | Reg. Number | Earliest date can be filed | Latest date can be file without paying additional fee | Latest date can be filed by paying an additional fee | Check Status |
|---|---|---|---|---|---|---|---|---|
| America CV Network LLC | LIVE | AGÁRRESE QUIÉN PUEDA | 86141624 | 4583574 | August 12, 2019 | August 12, 2020 | February 12, 2021 | TSDR |
| America CV Network LLC | LIVE | EL ESPEJO | 85895672 | 4512423 | April 8, 2019 | April 8, 2020 | October 8, 2020 | TSDR |
| America CV Network LLC | LIVE | TEVEO | 85823609 | 4522958 | April 29, 2019 | April 29, 2020 | October 29, 2020 | TSDR |
| America CV Station Group | LIVE | LA COSA NOSTRA | 78730140 | 3229146 | April 17, 2017 | April 17, 2017 | October 17, 2017 | TSDR |
| America CV Station Group | LIVE | SEGURO QUE YES | 78724433 | 3259451 | July 3, 2016 | July 3, 2017 | January 3, 2018 | TSDR |
| America CV Station Group | LIVE | A MANO LIMPIA | 78292444 | 2961191 | June 7, 2024 | June 7, 2025 | December 7, 2025 | TSDR |
| America CV Station Group | LIVE | EN CASA DE CARLOS | 77523385 | 3579957 | February 24, 2018 | February 24, 2019 | August 24, 2019 | TSDR |
| America CV Station Group | LIVE | AMÉRICA TE VE | 75635315 | 2483032 | August 28, 2020 | August 28, 2021 | February 28, 2022 | TSDR |
| America CV Network LLC | DEAD | MIAMI 24/7 | 85164470 | | | | | TSDR |
| America CV Network LLC | DEAD | AMÉRICA 24/7 | 85164459 | | | | | TSDR |
| America CV Station Group | DEAD | PELLIZCAME... QUE ESTOY SOÑAND | 77377027 | 3532263 | | | | TSDR |
| America CV Station Group | DEAD | AQUI TODOS GANAN | 77430858 | 3528971 | | | | TSDR |
| America CV Station Group | DEAD | EL HIJO DE MI MUJER | 77376032 | 3488297 | | | | TSDR |
| America CV Station Group | DEAD | LA FLOR DE HIALEAH | 77121772 | 3379257 | | | | TSDR |



1.  Cuenta de 1&1   9851636
    americacvpr.com, americanoticias247.com, americanoticias247.tv, americateve.com, americateve.tv,
    americatevepr.com, americateveya.com

2.  Cuenta de 1&1   22863921
    acvnetwork.com, americacv.com, americacv.tv, america-cv.tv, americacvnetwork.com, miami-teve.com

3.  Cuenta de 1&1  203032698
    teveomiami.com

4.  Cuenta de 1&1  543140394
    leyendasdelexilio.com

5.  Cuenta de 1&1  543279513
    americaestudios.com

    Cuenta de 1&1 600422544
6.  ireneenlahabana.com

Debtor   **America-CV Network, LLC**                                         Case number *(If known)* **19-16976-BKC-AJC**
         Name

| 71. | **Notes receivable**<br>Description (include name of obligor) |
|---|---|

| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |
|---|---|

| 73. | **Interests in insurance policies or annuities** |
|---|---|

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**
     **Litigation Claims against Omar Alejando Romay, Okeechobee Television Corp., Promisa, Inc., Sherjan Broadcasting, Inc., Telecenter, Inc., America Teve Network, Inc. and their insiders and affiliates**                                        **Unknown**

| Nature of claim | **Subordination/Fraudulent Transfer/Other Causes of Action** |
|---|---|
| **Amount requested** | **$0.00** |

     **Cause of Action against Jose Perez Cordoba, Ja Ja Ja Production, Inc., Julio Cesar Leal and Carlucho**
     **AMERICA CV NETWORK, LLC. VS JOSE C PEREZ CORDOBA ET AL**
     **Pending Case Number: 2019-006769-CA-01**                                                                **Unknown**

| Nature of claim | **Breach of Contract** |
|---|---|
| **Amount requested** | **$0.00** |

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
     **Remainder of Insurance Claim from Hurricane Maria**
     **Allianz Claim Number 80139251**
     **See attached Statement of Loss for calculation details**                                                  **$516,383.68**

| Nature of claim | |
|---|---|
| **Amount requested** | **$516,383.68** |

| 76. | **Trusts, equitable or future interests in property** |
|---|---|

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
     **Repack Rebate from Federal Communications Commission (contingent upon payment of certain construction invoices) - See attached detail (WJWN)**                                                            **$85,648.83**

| 78. | **Total of Part 11.** | **$602,032.51** |
|---|---|---|
| | Add lines 71 through 77. Copy the total to line 90. | |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

# REPACK

## AMERICA CV STATION

| Disbursed | PROVEEDOR | DEPOSIT FCC | PAID TO PROVEEDOR | SALDO | PAID | PAID2 | PAID3 |
|---|---|---|---|---|---|---|---|
| 3/9/2018 | DTV INNOVATIOS | 56,815.00 | $ (56,815.00) | $ - | 3/17/2018 | 4/16/2018 | WJAN |
| 3/9/2018 | AMERICAN TOWER | 22,000.80 | $ (22,000.80) | $ - | 3/22/2018 | | WJAN |
| 3/9/2018 | TROPICAL TOWER SERVICE INC | 1,125.00 | $ (1,125.00) | $ - | 3/1/2018 | | WJAN |
| 3/9/2018 | NORTHEAST TOWERS. INC. | 31,806.25 | $ (31,806.25) | $ - | 3/17/2018 | | WJAN |
| 4/18/2018 | DIELECTRIC | 42,838.03 | $ (42,838.03) | $ - | 4/18/2018 | | WJAN |
| 5/4/2018 | DIELECTRIC | 42,838.03 | $ (42,838.03) | $ - | 5/4/2018 | | WJAN |
| 6/4/2018 | HITACHI KOKUSAI ELECTRIC COMARK, LL( | 313,844.00 | $ (313,844.00) | $ - | 6/8/2018 | | WJWN |
| 6/4/2018 | HITACHI KOKUSAI ELECTRIC COMARK, LL( | 113,892.50 | $ (113,892.50) | $ - | 6/8/2018 | | WJWN |
| 6/4/2018 | TRANSPORTES ROLON | 15,700.00 | $ (15,700.00) | $ - | 6/8/2018 | | WJWN |
| 6/4/2018 | HITACHI KOKUSAI ELECTRIC COMARK, LL( | 15,300.00 | $ (15,300.00) | $ - | 6/8/2018 | | WJWN |
| 6/4/2018 | BORINQUEN COMMUNICATION, INC. | 13,909.63 | $ (13,909.63) | $ - | 6/8/2018 | | WJWN |
| 6/4/2018 | BORINQUEN COMMUNICATION, INC. | 13,909.62 | $ 13,909.62 | $ - | 5/14/2018 | | WJWN |
| 6/4/2018 | TRANSPORTES ROLON | 7,000.00 | $ (7,000.00) | $ - | 6/8/2018 | | WJWN |
| 6/6/2018 | AMERICAN TOWER | 10,475.00 | $ (10,475.00) | $ - | 6/8/2018 | | WJAN |
| 6/13/2018 | NORTHEAST TOWERS. INC. | 31,806.25 | $ (31,806.25) | $ - | 6/18/2018 | | WJAN |
| 6/13/2018 | NORTHEAST TOWERS. INC. | 31,806.25 | $ (31,806.25) | $ - | 6/18/2018 | | WJAN |
| 11/16/2018 | DEPARTAMENTO DE HACIENDA | 14,145.00 | $ (14,145.00) | $ - | 7/10/2018 | | WJWN |
| 11/16/2018 | DEPARTAMENTO DE HACIENDA | 6,900.00 | $ (6,900.00) | $ - | 7/10/2018 | | WJWN |
| 11/16/2018 | DEPARTAMENTO DE HACIENDA | 13,800.00 | $ (13,800.00) | $ - | 7/16/2018 | | WJWN |
| 11/16/2018 | DEPARTAMENTO DE HACIENDA | 13,800.00 | $ (13,800.00) | $ - | 7/16/2018 | | WJWN |
| 11/16/2018 | DEPARTAMENTO DE HACIENDA | 13,800.00 | $ (13,800.00) | $ - | 7/16/2018 | | WJWN |
| 11/16/2018 | DEPARTAMENTO DE HACIENDA | 7,935.00 | $ (7,935.00) | $ - | 7/23/2018 | | WJWN |
| 8/22/2018 | NORTHEAST TOWERS. INC. | 31,806.25 | $ (31,806.25) | $ - | 8/23/2018 | | WJAN |
| 8/22/2018 | NORTHEAST TOWERS. INC. | 12,550.00 | $ (12,550.00) | $ - | 8/23/2018 | | WJAN |
| 9/14/2018 | TRANSPORTES ROLON | 1,500.00 | $ (1,500.00) | $ - | 10/8/2018 | | WJWN |
| 9/14/2018 | TRANSPORTES ROLON | 800.00 | $ (800.00) | $ - | 10/8/2018 | | WJWN |
| 10/18/2018 | HITACHI KOKUSAI ELECTRIC COMARK, LL( | 102,503.25 | $ (102,503.25) | $ - | 12/31/2018 | | WJWN |
| 10/18/2018 | HITACHI KOKUSAI ELECTRIC COMARK, LL( | 11,389.25 | $ (11,389.25) | $ - | 12/31/2018 | | WJWN |
| 10/18/2018 | KESSLER & GEHMAN | 1,535.00 | $ (1,535.00) | $ - | 12/31/2018 | | WJWN |
| 10/18/2018 | KESSLER & GEHMAN | 2,690.00 | $ (2,690.00) | $ - | 12/31/2018 | | WJWN |
| 10/18/2018 | HITACHI KOKUSAI ELECTRIC COMARK, LL( | 282,459.60 | $ (282,459.60) | $ - | 12/31/2018 | | WJWN |
| 10/18/2018 | HITACHI KOKUSAI ELECTRIC COMARK, LL( | 31,384.40 | $ (31,384.40) | $ - | 12/31/2018 | | WJWN |
| 1/7/2019 | DIELECTRIC | 48,234.40 | $ (48,234.40) | $ - | 10/19/2018 | | WJWN |
| | DIELECTRIC | | $ (68,602.40) | $ (68,602.40) | 10/19/2018 | | WJWN |
| | DIELECTRIC | | $ (664.00) | $ (664.00) | 11/7/2018 | | WJAN |
| | AMERICAN TOWER | | $ (5,340.00) | $ (5,340.00) | 11/28/2018 | | WJAN |
| | DEPARTAMENTO DE HACIENDA | | $ (12,700.23) | $ (12,700.23) | 11/28/2018 | | WJWN |
| 1/9/2019 | AMERICAN TOWER | 9,480.00 | | $ 9,480.00 | | | WJAN |

## REPACK

## AMERICA CV STATION

| Disbursed | PROVEEDOR | DEPOSIT FCC | PAID TO PROVEEDOR | SALDO | PAID | PAID2 | PAID3 |
|---|---|---|---|---|---|---|---|
| 1/9/2019 | AMERICAN TOWER | 750.00 | | $ 750.00 | | | WJAN |
| | CARIBBEAN POWER | | (3,296.58) | $ (3,296.58) | 2/11/2019 | | WJWN |
| | CARIBBEAN POWER | | (1,846.75) | $ (1,846.75) | 3/8/2019 | | WJWN |
| | CARIBBEAN POWER | | (3,428.87) | $ (3,428.87) | 4/17/2019 | | WJWN |
| | | | | | | | |
| | TOTALES | $ 1,372,528.51 | $ (1,430,358.10) | $ (85,648.83) | | | |

| | | | | |
|---|---|---|---|---|
| | $ (95,878.83) | $ 10,230.00 | $ (85,648.83) | |

| | PROVEEDOR | | PAID TO PROVEEDOR | | |
|---|---|---|---|---|---|
| | AMERICAN TOWER | | $750.00 | PDTE X PAGAR | WJAN |
| | AMERICAN TOWER | | $9,480.00 | PDTE X PAGAR | WJAN |
| | CARIBBEAN POWER | 50% faltante | $8,572.21 | PDTE X PAGAR | pdte refund | WJWN |
| 7946 | BORINQUEN COMMUNICATIONS | | $ 6,132.50 | PDTE X PAGAR | pdte refund | WJWN |
| 7949 | BORINQUEN COMMUNICATIONS | | $ 10,890.00 | PDTE X PAGAR | pdte refund | WJWN |

# Statement of Loss

**Allianz ⑪**

**Claim Number:** 80139251
**Policy Number:** CIM
**Named Insured:** America CV Network
**Date of Loss:** 9/20/2017
**Cause of Loss:** Hurricane Maria
**Deductible:** 2% named windstorm

### Radio and TV RTV 6000 Coverage Form

| Location | Description | Vendor | Claimed Costs | Agreed Costs | Blanket Limit | Deductible | Net Loss |
|---|---|---|---|---|---|---|---|
| Bucare | Master Control/ Studio Equip | Broadcast Solutions | $ 388,460.29 | $ 388,460.29 | $ 3,000,000 | | |
| Cubuy | Field services engineering | Comark Comm | $ 12,900.00 | $ 12,900.00 | $ 3,000,000 | | |
| | Focus Supply Assembly | Hitachi | $ 5,275.76 | $ 5,275.76 | $ 3,000,000 | | |
| | Filament/Bias Assembly | Hitachi | $ 5,900.00 | $ 5,900.00 | $ 3,000,000 | | |
| | Transmission Line components | Diaelectric | $ 9,600.00 | $ 9,600.00 | $ 3,000,000 | | |
| | High voltage power supply | Hitachi | $ 65,247.63 | $ 65,247.63 | $ 3,000,000 | | |
| Jayuya | Microwave antenna dishes | Airlinx | $ 64,000.00 | $ 64,000.00 | $ 3,000,000 | | |
| | | **Total** | **$ 551,383.68** | **$ 551,383.68** | **$ 3,000,000** | **$ (60,000)** | **$ 491,383.68** |

### Scheduled Property Floater

| Location | Description | Vendor | Claimed Costs | Agreed Costs | Blanket Limit | Deductible | Net Loss |
|---|---|---|---|---|---|---|---|
| Cubuy | Damaged UPS batteries | Power People | $ 8,500.00 | $ 8,500.00 | | | |
| Penuelas | Generator | RK power generator | $ 82,398.50 | $ 46,000.00 | $ 25,000 | $ - | $ 25,000 |
| | | **Total** | **$ 90,898.50** | **$ 54,500.00** | **$ 25,000** | **$ (500)** | **$ 25,000** |

### Payment Reconciliation

| | | |
|---|---|---|
| Radio/TV Equipment Net Payment | $ | 491,383.68 |
| Scheduled Property Net Payment | $ | 25,000.00 |
| | $ | - |
| **Total** | **$** | **516,383.68** |

Debtor    **America-CV Network, LLC**            Case number *(If known)* **19-16976-BKC-AJC**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $726,391.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $165,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,596,545.11 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $877,977.57 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $602,032.51 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,967,946.55 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,967,946.55 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **America-CV Network, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **19-16976-BKC-AJC**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** **Banc of America Leasing & Capital, LLC**
Creditor's Name

**135 S. LaSalle Street**
**IL4-135-10-61**
**Chicago, IL 60603**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Software/Equipment**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,581.76** | **$0.00**

**2.2** **Banc of California, N.,A.**
Creditor's Name

**18500 Von Karman Ave.**
**Suite 1100**
**Irvine, CA 92612**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Software/Equipment**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**Unknown** | **$0.00**

| Debtor | **America-CV Network, LLC** | | Case number (if know) | **19-16976-BKC-AJC** |
| --- | --- | --- | --- | --- |
| | Name | | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Banco de Sabadell S.A.** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

Creditor's Name

**1111 Brickell Ave.**
**30th Floor**
**Miami, FL 33131**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Property arising from real property owned by Orly Group, Inc. (non-debtor)**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.4 | **Financial Agent Services** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**PO Box 2576**
**Springfield, IL 62708**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Software/Equipment**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **International Electronic Enterprises, In** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
| --- | --- | --- | --- | --- |

Creditor's Name

**110 Agate Ave.**
**Newport Beach, CA 92662**

Creditor's mailing address

**Software/Equipment**

Describe the lien

**Is the creditor an insider or related party?**
☑ No

---

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor **America-CV Network, LLC**
Name

Case number (if know) **19-16976-BKC-AJC**

---

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Lease Corporation of America** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |

Creditor's Name

**Software/Equipment**

**3150 Livernois Rd.**
**Suite 300**
**Troy, MI 48083**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Oracle Credit Corporation** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |

Creditor's Name

**Software/Equipment**

**500 Oracle Parkway**
**Redwood City, CA 94065**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$5,581.76**

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

| Debtor | **America-CV Network, LLC** | | Case number (*if know*) | **19-16976-BKC-AJC** |
|--------|------------------------------|---|-------------------------|------------------------|
| | Name | | | |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|-------------------|-------------------------------------------------------------|--------------------------------------------------|
| | | |

**Fill in this information to identify the case:**

Debtor name    **America-CV Network, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **19-16976-BKC-AJC**

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | $4,471.39 | $0.00 |
|  | **Chubb & Son**<br>**PO Box 382001**<br>**Pittsburgh, PA 15250-8001** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | $67,356.76 | $67,356.76 |
|  | **Humana Health Insurance of FL**<br>**PO Box 3277**<br>**Milwaukee, WI 53201** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Debtor      **America-CV Network, LLC**
            _____
            Name

Case number (*if known*)    **19-16976-BKC-AJC**
                            _____

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,034.00 |
|---|---|---|---|

**AC NIELSEN CORPORATION**
PO Box 88961
Chicago, IL 60695-8961

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,813,310.83 |
|---|---|---|---|

**AMERICA-CV STATION GROUP, INC.**
13001 NW 107th Ave.
Hialeah Gardens, FL 33018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,827.00 |
|---|---|---|---|

**American Express**
P.O. Box 650448
Dallas, TX 75265-0448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|---|---|---|---|

**AMERICAN FIRE SPRINKLER SERVICES, INC.**
3371 NW 154th Terrace
Miami Gardens, FL 33054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102.00 |
|---|---|---|---|

**AMERICAN METEOROLOGICAL SOCIETY**
45 Beacon ST
Boston, MA 02108-3693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,843.51 |
|---|---|---|---|

**AMERICAN TOWER CORP.**
29637 Network Place
Chicago, IL 60673-1296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22.20 |
|---|---|---|---|

**AT & T**
P.O. Box 105262
Atlanta, GA 30348-5262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **America-CV Network, LLC**

Name

Case number *(if known)*    **19-16976-BKC-AJC**

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,829.45 |
|---|---|---|---|

**AT & T PRO - CABS**
P.O. Box 105373
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,777.69 |
|---|---|---|---|

**AT & T.**
P.O. BOX 5019
CAROL STREAM, IL 60197-5019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ATCI**
4050 N McKemy AV
Chandler, AZ 85226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,006.00 |
|---|---|---|---|

**ATLANTIC BROADBAND**
PO BOX 371801
PITTSBURGH, PA 15250-7801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,040.00 |
|---|---|---|---|

**AVAYA FINANCIAL SERVICES**
CIT
21146 Network Place
Chicago, IL 60673-1211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,296.00 |
|---|---|---|---|

**AVID FINANCIAL SERVICES**
PO BOX 740425
ATLANTA, GA 30374-0425

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,271.80 |
|---|---|---|---|

**B&H PHOTO-VIDEO INC**
PO BOX 8698
New York, NY 10116-8698

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **America-CV Network, LLC** | Case number (if known) | **19-16976-BKC-AJC** |
|---|---|---|---|
| | Name | | |

**3.15** | Nonpriority creditor's name and mailing address

**BARBARA A. GUERRA**
174 Long Key Road
Key Largo, FL 33037

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address

**BEERS ENTERPRISES INCORPORATED
DBA THE SWITCH**
P.O. BOX 12018
Lewiston, ME 04243-9494

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $21,104.32

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address

**BERKOWITZ POLLACK BRANT**
200 South Biscayne Blvd
6th & 7th Floor
Miami, FL 33131-5351

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address

**BIRCH COMMUNICATIONS**
P.O. Box 105066
Atlanta, GA 30348-5066

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address

**BMI BROADCAST MUSIC INC.**
P.O. Box 630893
Cincinnati, OH 45263-0893

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $65.17

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address

**Borinquen Communication Inc.**
Car 824 Km 7.2 Bo
Qda Cruz Sector Los Perez
Toa Alta, PR 00954

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $17,022.50

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address

**BROADCAST DEPOT CORP.**
7782 NW 46 Street
Miami, FL 33166

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Only__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **America-CV Network, LLC**
Name

Case number (if known)    **19-16976-BKC-AJC**

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.82 |
|---|---|---|---|
| | **CAPITAL ONE COMMERCIAL**<br>PO BOX 5219<br>CAROL STREAM, IL 60197-5219 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CAR AUTO REPAIR**<br>13117 NW 107th Ave<br>HIALEAH GARDENS, FL 33018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,572.21 |
|---|---|---|---|
| | **Caribbean Power Industries, Corp.**<br>478 Fernando Calder<br>Urb Roosevelt<br>San Juan, PR 00918 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CARMEN D. RODRIGUEZ**<br>10330 SW 50 Terrace<br>Miami, FL 33165 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|
| | **CARTA AUTO REPAIR**<br>13117 NW 107TH AVE<br>HIALEAH GARDENS, FL 33018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CBS BROADCAST INTERNATIONAL**<br>P.O. Box 30656<br>New York, NY 10087-0656 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **CENTURYLINK COMMUNICATIONS BUSINESS SERVICES**<br>P.O. BOX 52187<br>Phoenix, AZ 85072-2187 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **America-CV Network, LLC** | Case number (if known) | **19-16976-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COFFEY BURLINGTON**
2601 South Bayshore DR.
Penthouse 1
Miami, FL 33133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $652.98 |
|---|---|---|---|

**COLONIAL LIFE**
P.O. Box 903
Columbia, SC 29202-0903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COMCAST**
ATTN: John Dickinson
1010 Kennedy Dr
Suite 200
Key West, FL 33040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28,737.64 |
|---|---|---|---|

**COMCAST ABB NETWORK SOLUTIONS, INC.**
PO BOX 37601
Philadelphia, PA 19101-0601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COMCAST CABLE**
PO BOX 71211
Charlotte, NC 28272-1211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,287.50 |
|---|---|---|---|

**COMPUTER FORENSICS LLC**
8461 Lake Worth Road
Suite 233G
Lake Worth, FL 33467

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,587.50 |
|---|---|---|---|

**CORPORACION RADIO TV ESPANOLA S.A.**
Edificio Prado el Rey Avda. Radiotelevis
Prado del Rey 28223
Pozuelo de Alarcon, Madrid Espa a

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | America-CV Network, LLC | Case number (if known) | 19-16976-BKC-AJC |
|---|---|---|---|

**3.36** | Nonpriority creditor's name and mailing address
**CRIM**
PO Box 195387
San Juan, PR 00919-5387

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$101.48**

---

**3.37** | Nonpriority creditor's name and mailing address
**DADE ELEVATOR INSPECTORS**
P.O. Box 558396
Miami, FL 33255

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.38** | Nonpriority creditor's name and mailing address
**DAIOHS USA, INC.**
12255 SW 128th St
Suite 410
Miami, FL 33186

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$165.76**

---

**3.39** | Nonpriority creditor's name and mailing address
**DAISY M. LEON**
1971 Bay Drive
Apt # 2
Miami Beach, FL 33141

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.40** | Nonpriority creditor's name and mailing address
**DANIARY SUBIRATS**
14304 SW 163rd Terrace
Miami, FL 33177

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.41** | Nonpriority creditor's name and mailing address
**DANITZA A PEREZ**
660 SW 57 AVE
#23
Miami, FL 33144

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.42** | Nonpriority creditor's name and mailing address
**DAVID ESTRELLA P.A.**
55 Merrick Way
Suite 210
Coral Gables, FL 33015

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | America-CV Network, LLC | Case number *(if known)* | 19-16976-BKC-AJC |
|---|---|---|---|
| | Name | | |

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$91,635.14**

DAVID M. ROGERO P.A.
2625 Ponce de Leon Boulevard
Suite 280
Coral Gables, FL 33134

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

DELL FINANCIAL SERVICES
PO BOX 5292
CAROL STREAM, IL 60197-5292

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$165.00**

DIEGO GASTON BAS
939 SW 154 Path
Miami, FL 33194

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,655.00**

DIELECTRIC
22 Tower RD
Raymond, ME 04071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,490.83**

DIRECT CAPITAL CORP
155 Commerce Way
Portsmouth, NH 03801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

DIRECT CAPITAL CORPORATION
P.O. Box 790448
St.  Louis, MO 63179-0448

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

DOLORES HERNANDEZ
900 W. 74 STREET
#103
HIALEAH, FL 33014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **America-CV Network, LLC** | | Case number (if known) | **19-16976-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$445,482.20** |
|---|---|---|---|

**DORTA & ORTEGA P.A.**
**3860 SW 8th Street**
**PH**
**Coral Gables, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,266.00** |
|---|---|---|---|

**DOS AL CUBO LLC**
**1000 Brickell Avenue**
**Suite 1020**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ECUATRONIX USA INC.**
**12930 SW 128th Street**
**Suite 204**
**Unit A1**
**Miami, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$429,164.41** |
|---|---|---|---|

**EMPIRE STATE BUILDING CO.LLC**
**P.O. Box 347606**
**Pittsburgh, PA 15251-4606**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00** |
|---|---|---|---|

**ENLIGHTEN DIGITAL LLC**
**4403 Vineland Road**
**Suite B6**
**Orlando, FL 32811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ESTRELLA ZAYAS BAZAN**
**3914S SW 154 PL**
**Miami, FL 33185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$600.00** |
|---|---|---|---|

**Eugenia Maria Penichet**
**2450 SW 62 AVE**
**Miami, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **America-CV Network, LLC** | Case number *(if known)* | **19-16976-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$870.56** |
|---|---|---|---|

**FEDERAL EXPRESS**
P.O. Box 660481
Dallas, TX 75266-0481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,306.30** |
|---|---|---|---|

**First Flash Janitorial Services Inc.**
6705 SW 44th St
#24
Miami, FL 33155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,225.14** |
|---|---|---|---|

**FLETCHER  HEALD & HILDRETH PLC**
1300 NORTH 17TH ST
11TH FLOOR
ARLINGTON, VA 22209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,425.95** |
|---|---|---|---|

**FPI SECURITY SERVICES INC.**
P.O.BOX 126356
HIALEAH, FL 33012-1605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**FRANCISCO FRAMIL**
10941 NW 16th Street
Pembroke Pines, FL 33026

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**FRANCISCO RODRIGUEZ**
502 SW 18TH AVE
APT 306
MIAMI, FL 33135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**FUENTES-HUDSON & ASSOCIATES INC**
13822 SW 83 Avenue
Miami, FL 33158

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **America-CV Network, LLC** | Case number (if known) | **19-16976-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**GERD RIEGER**
**GERD**
**8421 SW 202 ST**
**Cutler Bay, FL 33189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GESTEVISION TELECINCO S.A.**
**Ctra. Fuencarral-Alcobendas 4**
**28049**
**Madrid, Espana**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GETTYIMAGES**
**PO BOX 84434**
**Seattle, WA 98124-5734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GINA A. GOLDEN**
**115-111**
**230 Street**
**CAMBRIA HEIGHTS, NY 11411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GINA HAZEL GARCIA**
**581 NE 199 Terrace**
**Miami, FL 33179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,041.62 |
|---|---|---|---|

**GLASAT.COM L.L.C.**
**510 SW 51 AVE**
**MIAMI, FL 33134**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GLOBO INTERNATIONAL COMPANY**
**LIMITED**
**SANDRIGHAM HOUSE**
**SHIRLEY STREET 83**
**NASSAU, BAHAMAS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **America-CV Network, LLC** | | Case number (if known) | **19-16976-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $778.75 |
|---|---|---|---|
| | **GORGY RECYCLING ROLL-OFF SERVICES**<br>3500 NW 62 Street<br>Miami, FL 33147 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,372.80 |
|---|---|---|---|
| | **GTT AMERICAS LLCP**<br>P.O. Box 842630<br>Dallas, TX 75284-2630 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $455.00 |
|---|---|---|---|
| | **HECTOR R. LLORENS**<br>10843 SW 75th TERRACE<br>Miami, FL 33173 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|
| | **HELOISA LOPES DE OLIVERA ALVES**<br>100 Golden Isles DR<br>909<br>Hallandale Beach, FL 33009 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|
| | **HIALEAH GARDENS POLICE DEPARTMENT**<br>10301 NW 87th Avenue<br>Hialeah, FL 33016 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|
| | **HLB GRAVIER LLP**<br>396 Alhambra Circle<br>Suite 900<br>Coral Gables, FL 33134 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **HOME DEPOT**<br>Dept 32-2502483823<br>P.O. Box 9055<br>Des Moines, IA 50368-9055 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | America-CV Network, LLC | Case number (if known) | 19-16976-BKC-AJC |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HUGO PASSARELLO LUNA**
57 Avenue Pasteur
Montreuil, FR 93100

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HUGO S. HERRERA**
18435 NW 10th St
Pembroke Pines, FL 33029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**HYDER SAWANI**
3900 SW 186 Way
Miramar, FL 33029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**IGT MEDIA HOLDINGS INC.**
21 SE 1st Avenue
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.00 |
|---|---|---|---|

**IMAGINE COMMUNICATIONS**
PO Box 732107
Dallas, TX 75373-2107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,517.25 |
|---|---|---|---|

**INNOVATIVE SERVICE TECHNOLOGY MANAGEMENT**
934 Glenwood Avenue
Suite 250
Atlanta, GA 30316-1816

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $783.25 |
|---|---|---|---|

**INTEGRATED SECURITY SYSTEMS**
1876 NW 7 ST
MIAMI, FL 33125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **America-CV Network, LLC**                          Case number (if known) **19-16976-BKC-AJC**
_____
Name

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,246.72 |
|---|---|---|---|

**INTERNATIONAL BUSINESS MACHINES CORP**
P.O. Box 534151
Atlanta, GA 30353-4151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,074.00 |
|---|---|---|---|

**INTERNATIONAL COMMERCIAL BUSINESS RECOVE**
401 Congress Avenue
Suite 1540
Austin, TX 78701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,502.00 |
|---|---|---|---|

**INTRACOASTAL YACHT CLUB**
Att: Community Manager
16900 N. Bay Road
Sunny Isles, FL 33160

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $23,295.08 |
|---|---|---|---|

**IPFS CORPORATION**
P.O. BOX 730223
Dallas, TX 75373-0223

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JACQUELINE SANABRIA**
14821 SW 18 ST
MIRAMAR, FL 33027

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JORGE M. ABRIL P.A.**
1221 SW 27th Avenue
2nd Floor
Miami, FL 33135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JOSE J RAMON**
947 NW 135 CT
MIAMI, FL 33182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | America-CV Network, LLC | | Case number (if known) | 19-16976-BKC-AJC |
|---|---|---|---|---|
| | Name | | | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.00 |
|---|---|---|---|
| | **JUAN ANGEL FINA**<br>**3220 SW 84 Ave**<br>**Miami, FL 33155** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **JUAN M. CAO**<br>**4419 SW 11TH STREET**<br>**MIAMI, FL 33134** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **KESSLER AND GEHMAN ASSOCIATES INC.**<br>**507 NW 60th Street**<br>**Suite D**<br>**Gainesville, FL 32607** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **L-3 COMMUNICATIONS CORP**<br>**22312 Network Place**<br>**Chicago, IL 60673-1223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **LAW OFFICE OF JACK N GOODMAN**<br>**1200 New Hampshire Ave**<br>**NW Suite 800**<br>**Washington, DC 20036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **LAW OFFICES HOLLAND & KNIGHT LLP**<br>**P.O. BOX 864084**<br>**ORLANDO, FL 32886-4084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $698.70 |
|---|---|---|---|
| | **LIKE SPECTRUM LLC**<br>**90 Bow Street East**<br>**East Greenwich, RI 02818** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **America-CV Network, LLC** | | Case number *(if known)* | **19-16976-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,542.24**

Loud & Live, Inc.
2301 NW 87th Ave.
Miami, FL 33172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

MARCELL FELIPE P.A.
1001 Brickell Bay Dr
Suite 1504
Miami, FL 33131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

MARIA CONSUELO HERNANDEZ
3470 SW 27TH ST
MIAMI, FL 33133

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

MARIA L. GONZALEZ
3464 N. Meridian Ave
Miami Beach, FL 33140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

MATOS DORIS
1643 SW 67 AVE
Apt 3
MIAMI, FL 33155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

MIAMI BANNERS & SIGNS
7250 NW 8 Street
Suite 1
Miami, FL 33126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$698.70**

MIAMI JANITORIAL SUPPLIES, INC.
10651 NW 132nd St.
Bay 3
`
HIALEAH GARDENS, FL 33018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | America-CV Network, LLC | Case number (if known) | 19-16976-BKC-AJC |
|---|---|---|---|
| | Name | | |

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
MIAMI-DADE COUNTY AUTO TAG AGENCY
PO BOX 012131
Miami, FL 33101-2131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.00
MIAMI-DADE FIRE RESCUE DEPARTMENT
Finance Bureau
9300 NW 41st St
Miami, FL 33178-2414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
MILEIDYS RIZO
10931 SW 146 Ave
Miami, FL 33186

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00
MONICA PASQUALOTTO LLC
10275 Collins Avenue
Apt 420
Bal Harbour, FL 33154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
MOUNTAIN VALLEY WATER CO.
P.O BOX 660070
MIAMI SPRINGS, FL 33266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,570.00
MUNDO TV LLC
P.O. Box 740777
Los Angeles, CA 90074-0777

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187,639.54
MUNDOFOX BROADCASTING LLC
62981 Collecton Center Dr.
Chicago, IL 60653-0628

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **America-CV Network, LLC**                    Case number (if known)    **19-16976-BKC-AJC**
          Name

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,925.00** |
|---|---|---|---|

**NATIONAL ECONOMIC RESEARCH ASSOCIATES**
P.O. Box 7247-6754
Philadelphia, PA 19170-6754

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**NIELSEN MEDIA RESEARCH**
P.O. Box # 532453
Charlotte, NC 28290-2453

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**OLGA PELAEZ**
6271 NW 199 ST
HIALEAH, FL 33015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,299,856.89** |
|---|---|---|---|

**ORLY GROUP, INC.**
13001 NW 107th Ave.
HIALEAH GARDENS, FL 33018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**P & P PRODUCTIONS GROUP INC.**
8886 W FLAGLER ST
APT 101
MIAMI, FL 33174

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**PEDRO R. SEVCEC**
11825 South Mitchell Manor Cir
PINECREST, FL 33156

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00** |
|---|---|---|---|

**PINEDA LAWN SERVICES INC.**
80 W 38 STREET
HIALEAH, FL 33012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **America-CV Network, LLC** | Case number (if known) | **19-16976-BKC-AJC** |
|---|---|---|---|
| | Name | | |

**3.120** | Nonpriority creditor's name and mailing address
**PRESS ASSOCIATION INC.**
P.O. Box 414212
P.O. Box 414212
Boston, MA 02241-4212

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$7,225.54**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address
**RASCO KLOCK PEREZ & NIETO P.L.**
2555 Ponce de Leon Blvd
Suite 600
Coral Gables, FL 33134

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$64,671.47**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address
**RAUL TORRES**
1020 W 33 St.
Hialeah, FL 33012

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address
**RCN TELEVISION**
Avenida de las America
#65-82 A.A.
Bogota, Colombia

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address
**REBECA C. DE LA FE**
3641 NW 100 Street
Miami, FL 33147

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address
**REGUS MANAGEMENT GROUP LLC**
P.O. Box 842456
Dallas, TX 75284-2456

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$4,014.18**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address
**REINALDO BECERRA**
1170 Vero Ave
Clewiston, FL 33440

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **America-CV Network, LLC** | Case number (if known) | **19-16976-BKC-AJC** |
|---|---|---|---|
| | Name | | |

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$798.91** |
|---|---|---|---|

**RESTORED DIGITAL SOLUTIONS, LLC**
1801 NW 135th Ave
Suite 900
Miami, FL 33182

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**REVEREND PEDRO MARTINEZ LLC**
50 BISCAYNE BLVD
APT 1806
MIAMI, FL 33132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**RICARDO ANTONIO BECERRA ALADRO**
1012 NW 102 PL
Miami, FL 33172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ROBERTO A. HEREDIA RUBIO**
5750 Collins Avenue
Apt 9E
Miami Beach, FL 33140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$401.90** |
|---|---|---|---|

**ROTO ROOTER SERVICES CO.**
5672 Collections Center Dr.
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ROWLAND COFFEE ROASTERS**
9290 NW 112 Avenue
Ste #15
Miami, FL 33178

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$944.73** |
|---|---|---|---|

**SHARP ELECTRONIC CORPORATION**
**DBA SHARP BUSINESS SYSTEMS DEPT.**
AT 40249
ATLANTA, GA 31192-0249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **America-CV Network, LLC**                                     Case number (if known)    **19-16976-BKC-AJC**
　　　　　Name

| | | |
|---|---|---|
| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$45,979.75** |

**SHERJAN BROADCASTING**
**21050 NE 38th Ave.**
**#2304**
**Aventura, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$857.13** |

**STAPLES ADVANTAGE**
**DEPT ATL**
**PO BOX 105748**
**ATLANTA, GA 30348-5748**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$222.00** |

**STRATA MARKETING INC.**
**23608 Network Place**
**Chicago, IL 60673-1236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$2,475.46** |

**TASC**
**P.O. Box 88278**
**Milwaukee, WI 53288-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$375.00** |

**TAYLOR REESE & ASSOCIATES INC.**
**299 Alhambra Circle**
**Suite 223**
**Coral Gables, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$34.24** |

**TECH AIR OF SOUTH FLORIDA**
**4500 SW 74th Ave.**
**Miami, FL 33155**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |

**THE BRAIN NIMENS CORPORATION**
**LIMITED**
**105 West Beaver Creek RD**
**Suite 5**
**Richmond Hill, Ontario L4B 1C6**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **America-CV Network, LLC** | | Case number (if known) | **19-16976-BKC-AJC** |
|---|---|---|---|---|
| | Name | | | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**THE MIAMI HERALD**
PO BOX 019140
MIAMI, FL 33101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**THE MIRRAM GROUP**
5030 Broadway
Suite 807
New York, NY 10034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**THE PAUL GROUP INC.**
15349 SW 38 Street
Davie, FL 33331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,280.00 |
|---|---|---|---|

**THOMSON REUTERS (MARKETS) LLC**
P.O. Box 415983
BOSTON, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,054.66 |
|---|---|---|---|

**THYSSENKRUPP ELEVATOR**
PO Box 3796
CAROL STREAM, IL 60132-3796

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $531.21 |
|---|---|---|---|

**TIAA COMMERCIAL FINANCE INC.**
P.O. Box 911608
Denver, CO 80291-1608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TIME WARNER CABLE**
P.O. Box 11820
Newark, NJ 07101-8120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **America-CV Network, LLC** | Case number (if known) | **19-16976-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,882.44 |
|---|---|---|---|

**TOP ENTERTAINMENT**
13001 NW 107th Ave.
HIALEAH GARDENS, FL 33018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $469.45 |
|---|---|---|---|

**TRIANGLE FIRE INC**
2924 NW 109 Ave
Miami, FL 33172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $326.35 |
|---|---|---|---|

**TRULY NOLEN OF AMERICA INC.**
5931 Hallandale Beach Blvd
West Park, FL 33023-5245

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,000.00 |
|---|---|---|---|

**UNITED TELEPORTS INC.**
19000 NE 5th Avenue
Miami, FL 33179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UNIVERSAL MUSIC LLC**
6974 NW 12 Street
Miami, FL 33126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**UPS**
P.O.BOX 7247-0244
PHILADELPHIA, PA 19170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VALUE ADDED SOLUTIONS & SERVICES INC.**
18071 Biscayne Blvd.
Suite 1001
Aventura, FL 33160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **America-CV Network, LLC** | Case number (if known) | **19-16976-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **VERIZON**<br>**PO BOX 15124**<br>**ALBANY, NY 12212-5124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **VERIZON**<br>**P.O. Box 660108**<br>**Dallas, TX 75266-0108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **VITAMEDIX LLC**<br>**20801 Biscayne Blvd**<br>**Suite 403**<br>**Aventura, FL 33180** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,776.00 |
|---|---|---|---|
| | **VSN NORTH AMERICA, INC.**<br>**5201 Blue Lagoon Dr.**<br>**Floor 8, Ste 890**<br>**Miami, FL 33126** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $576.92 |
|---|---|---|---|
| | **WASTE MANAGEMENT**<br>**PO BOX 105453**<br>**ATLANTA, GA 30348-5453** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $101.65 |
|---|---|---|---|
| | **WATERMAIN**<br>**8549 NW 68 Street**<br>**Miami, FL 33166** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **WEATHERCENTRAL**<br>**PO BOX 935565**<br>**Atlanta, GA 31193-5565** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **America-CV Network, LLC** | Case number *(if known)* | **19-16976-BKC-AJC** |
|---|---|---|---|
| | Name | | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,768.96** |
|---|---|---|---|

**WIDEORBIT INC.**
**DEPT CH 17518**
**PALATINE, IL 60055-7518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,198.00** |
|---|---|---|---|

**WRIGHT NATIONAL FLOOD INSURANCE**
**COMPANY**
**P.O. Box 33070**
**St. Petersburg, FL 33733-8070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$455.00** |
|---|---|---|---|

**YANELYS APARICIO**
**141 E 56 Street**
**Hialeah, FL 33013-1227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**ZORAIDA ALFARO LAGO**
**410 NW 44th Ave**
**Miami, FL 33126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 71,828.15 |
| 5b. Total claims from Part 2 | 5b. + | $ 4,951,818.38 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 5,023,646.53 |

**Fill in this information to identify the case:**

Debtor name __**America-CV Network, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) __**19-16976-BKC-AJC**__

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **See attached** |

SCHEDULE G

| Debtor | Contract Counterparty | Address | Contract Description | Notes |
|---|---|---|---|---|
| America-CV Network LLC | Air Europa Lineas Sereas, S.A.U. | Poligono Son Noguera Ctra. Llucmajor Arenal KM 51, 5 C.P. 07620 Mallora-Baleares SPAIN | Trade Agreement - Acuerdo Colaboracion | |
| America-CV Network LLC | Audio Network US, Inc. | 23 W. 36th St 6th Floor New York, NY 10018 | Production License Agreement with Retail | |
| America-CV Network LLC | BASIC - Gatekeeper | 9246 Portage Industrial Dr. Portage, MI 49024 | SaaS System Subscription Agreement | |
| America-CV Network LLC | Carlos Otero | Redacted | Employment Agreement | |
| America-CV Network LLC | Central Florida Broadcast, Inc | 4307 Vineland Rd. Suite H1-H2 Orlando, FL 32811 | Affiliation Agreement W21AU-TV License | |
| America-CV Network LLC | CenturyLink Sales Solutions, Inc. | 931 14th St. #900 Denver, CO 80202 | Total Advantage Solutions Link Agreement | |
| America-CV Network LLC | Comcast | Unknown | Order Agreement 1701 SW 248th St. | |
| America-CV Network LLC | Comcast | Unknown | Order Agreement 1255 NW 210th St. | |
| America-CV Network LLC | Comcast Business # 20352803 | Unknown | Comcast Enterprise Services - Master Services Agreement | |
| America-CV Network LLC | Comcast Enterprise | Unknown | 50M Circuit to United Teleport | |
| America-CV Network LLC | Comcast Hallandale | Unknown | Service Agreement | |
| America-CV Network LLC | Computer Forensics LLC | 1880 N. Congress Ave. Suite 333 Boynton Beach, FL 33426 | Consultant Engagement Agreement | |
| America-CV Network LLC | Corporacion de Radio y Television Española RTVE | Direccion Ventas Internacional Av.da Radio Television 4-28223 Pozuelo de Alarcon Madrid, SPAIN | Contrato Venta Programa - Centro Medico | |
| America-CV Network LLC | Corporacion de Radio y Television Española RTVE | Direccion Ventas Internacional Av.da Radio Television 4-28223 Pozuelo de Alarcon Madrid, SPAIN | Contrato -  En la tuya o en la mia. | |
| America-CV Network LLC | Corporacion de Radio y Television Española RTVE | Direccion Ventas Internacional Av.da Radio Television 4-28223 Pozuelo de Alarcon Madrid, SPAIN | Contrato - Isabel | |
| America-CV Network LLC | Corporacion de Radio y Television Española RTVE | Direccion Ventas Internacional Av.da Radio Television 4-28223 Pozuelo de Alarcon Madrid, SPAIN | Contrato - Amar en tiempos revueltos | |
| America-CV Network LLC | Dell Financial Services LLC | One Dell Way Round Rock, TX 78682 | Dell Financial Services Lease Agreement | |
| America-CV Network LLC | Direct Capital | 155 Commerce Way Portsmouth, NH 03801 | Lease Agreement | |
| America-CV Network LLC | Elegua & Shango Productions Inc | 55 SE 6th St. Suite 1410 Miami, FL 33131 | Agreement to Produce Television Series | |

SCHEDULE G

| Debtor | Contract Counterparty | Address | Contract Description | Notes |
|---|---|---|---|---|
| America-CV Network LLC | Family Worship Center Church | c/o Golazo Media & Entertainment<br>10241 Orchid Reserve Dr.<br>West Palm Beach, FL 33412 | Time Brokerage Agreement | |
| America-CV Network LLC | Felix G. Sanchez | Redacted | Services Agreement | |
| America-CV Network LLC | GTT Americas, LLC | 7900 Tysons One Place, Suite 1450<br>McLean, VA 22102 | Master Service Agreement | |
| America-CV Network LLC | H & R Production Group | 7354 Central Industrial Park Dr.<br>Riveria Beach, FL 33404-3426 | Affiliation Agreement WBWP-LD License | |
| America-CV Network LLC | IST Discovere | 934 Glenwood Ave.<br>Suite 250<br>Atlanta, GA 3.0316 | e-Discovery Agreement | |
| America-CV Network LLC | Javier Berridy | Redacted | Employment Agreement | |
| America-CV Network LLC | JW Player | 2 Park Ave., 10th Floor N.<br>New York, NY 10016 | Video Streaming and Storage agreement | |
| America-CV Network LLC | Mario's Repair and Services | 2248 SW 14th St.<br>Miami, FL 33146 | Annual Maintenance - HVAC | |
| America-CV Network LLC | Nera Economic Consulting | 1166 Avenue of the Americas<br>New York, NY 10036 | Engagement Letter | Consultant in Romay Litigation |
| America-CV Network LLC | ORACLE/Banc of America Leasing & Capital, LLC | 135 S. LaSalle St.<br>Chicago, IL 60603 | Hardware & Software Finance Agreement | |
| America-CV Network LLC | Orly Group, Inc. | 13001 NW 107th Ave.<br>Hialeah Gardens, FL 33018 | Lease Agreement - Studio and Corporate Headquarters | |
| America-CV Network LLC | Pedro Sevcec | Redacted | Employment Agreement | |
| America-CV Network LLC | Pineda Lawn Services Inc | | Proposal- Monthly Landscaping Maintenance agreement | |
| America-CV Network LLC | PR Newswire Association LLC | 350 Hudson St.<br>Suite 300<br>New York, NY 10014 | Barter Agreement | |
| America-CV Network LLC | Restored Digital Solutions | 1801 NW 135th Ave.<br>Suite 900<br>Miami, FL 33182 | Lease Agreement | |
| America-CV Network LLC | Reuters Media Services | 3 Times Square<br>New York, NY 10036 | Subscription Agreement | |
| America-CV Network LLC | Richland Towers - NYC, LLC (American Tower) | 416 Eagle Rock Ave.<br>West Orange, NJ 07052-0001 | License Agreement and Nationwide Programmatic Agreement | |
| America-CV Network LLC | TGF Productions, Inc. | 600 NW 32nd Place #317<br>Miami, FL 33125 | Production Contract | |
| America-CV Network LLC | The Associated Press | 200 Liberty St.<br>New York, NY 10281 | Confidential Settlement Agreement and General Release | Case No. 2016-013767-CC-23 |
| America-CV Network LLC | The Switch (Beers) | 683 Main Street<br>Suite A-2<br>Osterville, MA 02655 | Agreements; MB-1610172.01 | |
| America-CV Network LLC | The Switch (Beers) | 683 Main Street<br>Suite A-2<br>Osterville, MA 02655 | MB-1207132.01 | |
| America-CV Network LLC | The Switch (Beers) | 683 Main Street<br>Suite A-2<br>Osterville, MA 02655 | DL-1708082.15 | |

| Debtor | Contract Counterparty | Address | Contract Description | Notes |
|---|---|---|---|---|
| America-CV Network LLC | The Switch (Beers) | 683 Main Street<br>Suite A-2<br>Osterville, MA 02655 | RA-1111102.03c | |
| America-CV Network LLC | The Switch (Beers) | 683 Main Street<br>Suite A-2<br>Osterville, MA 02655 | MB-1206222.01-02 | |
| America-CV Network LLC | United Teleports Inc | 19000 NE 5th Ave.<br>North Miami Beach, FL 33179 | Agreements - 10524-501-201 & 10524-201-202 | |
| America-CV Network LLC | VIP 2000 TV | 1200 Brickell Ave<br>Suite 1575<br>Miami, FL 33131 | Program License Agreement - Tierra Indomable | |
| America-CV Network LLC | VIP 2000 TV | 1200 Brickell Ave<br>Suite 1575<br>Miami, FL 33131 | Xica daSilva | |
| America-CV Network LLC | VIP 2000 TV | 1200 Brickell Ave<br>Suite 1575<br>Miami, FL 33131 | Dona Bella | |
| America-CV Network LLC | VIP 2000 TV | 1200 Brickell Ave<br>Suite 1575<br>Miami, FL 33131 | Pantanal | |
| America-CV Network LLC | VSN | 5201 Blue Lagoon Dr.<br>8th Floor<br>Miami, FL 33126 | News Automation Service Agreement | |
| America-CV Network LLC | Westar Music | 105 W. Beaver Creek Rd.<br>Suite #4<br>Richmond Hill<br>Ontario, Canada L4B 1C6 | Annual Master & Synchronization Agreement | |
| America-CV Network LLC | Wideorbit, Inc. | 1160 Battery St., Ste 300<br>San Francisco, CA 94111 | Software License | |
| America-CV Network LLC | Will Plus Publishing/Lakambra Publishing | Unknown | Music Synchronization License Agreement | |
| America-CV Network LLC | WSI Corporation | 400 Minuteman Rd.<br>Andover, MA 01810 | Hardware and Software Lease Agreement | |

**Fill in this information to identify the case:**

Debtor name __America-CV Network, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) __19-16976-BKC-AJC__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Orly Group, Inc.** | **13001 NW 107th Ave.** <br> **Hialeah Gardens, FL 33018** | **Banco de Sabadell S.A.** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name  **America-CV Network, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **19-16976-BKC-AJC**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,256,769.00** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$18,238,009.43** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other  **Approximate** | **$19,000,000.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **America-CV Network, LLC**          Case number *(if known)* **19-16976-BKC-AJC**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **Payroll and Benefits - see attached** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **See attached** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

# AMERICA CV NETWORK LLC
## Account QuickReport
### As of May 28, 2019

| Type | Date | Num | Name | Credit |
|------|------|-----|------|-------:|
| **111 · Banks** | | | | |
| **111010 · Regions Bank - Checking** | | | | |
| Bill Pmt -Check | 04/08/2019 | 45698 | A-1 PROFESSIONAL LOCKSMITH | 58.85 |
| Bill Pmt -Check | 03/11/2019 | 45385 | AC NIELSEN CORPORATION | 23,517.00 |
| Bill Pmt -Check | 04/29/2019 | 45845 | AC NIELSEN CORPORATION | 23,517.00 |
| Bill Pmt -Check | 03/01/2019 | 45266 | ALFONSO, LUIS BLADIMIR. | 150.00 |
| Bill Pmt -Check | 04/30/2019 | 45889 | ALVES, HELOISA LOPES DE OLIVERA | 450.00 |
| Check | 05/09/2019 | 46025 | AMERICA CV NETWORK. LLC | 100.00 |
| Bill Pmt -Check | 03/14/2019 | 45401 | AMERICAN  PUBLIC LIFE | 8,298.43 |
| Bill Pmt -Check | 04/26/2019 | 45833 | AMERICAN  PUBLIC LIFE | 7,996.98 |
| Bill Pmt -Check | 05/17/2019 | 46178 | AMERICAN  PUBLIC LIFE | 8,149.56 |
| Bill Pmt -Check | 03/11/2019 | 872230 | AMERICAN EXPRESS | 10,000.00 |
| Bill Pmt -Check | 03/25/2019 | 872399 | AMERICAN EXPRESS | 7,054.87 |
| Bill Pmt -Check | 03/25/2019 | 872400 | AMERICAN EXPRESS | 7,134.08 |
| Bill Pmt -Check | 03/25/2019 | 872401 | AMERICAN EXPRESS | 4,509.79 |
| Bill Pmt -Check | 03/25/2019 | 872402 | AMERICAN EXPRESS | 2,911.09 |
| Bill Pmt -Check | 04/12/2019 | 872583 | AMERICAN EXPRESS | 10,000.00 |
| Bill Pmt -Check | 04/30/2019 | 872763 | AMERICAN EXPRESS | 4,062.59 |
| Bill Pmt -Check | 04/30/2019 | 872764 | AMERICAN EXPRESS | 21,797.10 |
| Bill Pmt -Check | 04/30/2019 | 872765 | AMERICAN EXPRESS | 4,537.36 |
| Bill Pmt -Check | 04/30/2019 | 872766 | AMERICAN EXPRESS | 1,357.39 |
| Bill Pmt -Check | 05/13/2019 | 872939 | AMERICAN EXPRESS | 1,573.76 |
| Bill Pmt -Check | 05/13/2019 | 872940 | AMERICAN EXPRESS | 2,271.45 |
| Bill Pmt -Check | 05/13/2019 | 872941 | AMERICAN EXPRESS | 3,981.79 |
| Bill Pmt -Check | 05/13/2019 | 872942 | AMERICAN EXPRESS | 11,718.93 |
| Bill Pmt -Check | 03/11/2019 | 45386 | AMERICAN TOWER CORP. | 47.23 |
| Bill Pmt -Check | 03/11/2019 | 45387 | AMERICAN TOWER CORP. | 23.10 |
| Bill Pmt -Check | 03/11/2019 | 45388 | AMERICAN TOWER CORP. | 11,682.12 |
| Bill Pmt -Check | 03/11/2019 | 45389 | AMERICAN TOWER CORP. | 10,400.00 |
| Bill Pmt -Check | 04/29/2019 | 45846 | AMERICAN TOWER CORP. | 10,400.00 |
| Bill Pmt -Check | 04/29/2019 | 45847 | AMERICAN TOWER CORP. | 11,682.12 |
| Bill Pmt -Check | 04/29/2019 | 45848 | AMERICAN TOWER CORP. | 23.10 |
| Bill Pmt -Check | 03/26/2019 | 45518 | AT & T | 946.38 |
| Bill Pmt -Check | 03/26/2019 | 45519 | AT & T | 718.50 |
| Bill Pmt -Check | 04/26/2019 | 45831 | AT & T | 629.64 |
| Bill Pmt -Check | 04/26/2019 | 45832 | AT & T | 850.83 |
| Bill Pmt -Check | 05/07/2019 | 46014 | AT & T | 652.23 |
| Bill Pmt -Check | 03/26/2019 | | AT & T. | |
| Bill Pmt -Check | 03/26/2019 | 45520 | AT & T. | 1,681.89 |
| Bill Pmt -Check | 04/29/2019 | 45849 | AT & T. | 1,508.85 |
| Bill Pmt -Check | 05/03/2019 | | AT & T. | |
| Bill Pmt -Check | 05/22/2019 | 46230 | AT & T. | 1,613.44 |
| Bill Pmt -Check | 03/11/2019 | 45390 | ATLANTIC BROADBAND | 4,006.00 |
| Bill Pmt -Check | 04/29/2019 | 45850 | ATLANTIC BROADBAND | 4,006.00 |
| Bill Pmt -Check | 05/07/2019 | 46010 | ATLANTIC BROADBAND | 4,006.00 |
| Bill Pmt -Check | 03/28/2019 | 45538 | AVAYA FINANCIAL SERVICES | 1,134.71 |
| Bill Pmt -Check | 04/29/2019 | 45851 | AVAYA FINANCIAL SERVICES | 1,040.00 |
| Bill Pmt -Check | 03/01/2019 | 45267 | BAS, DIEGO GASTON. | 300.00 |
| Bill Pmt -Check | 03/11/2019 | 45391 | BEERS ENTERPRISES INCORPORATED DBA | 18,988.31 |
| Bill Pmt -Check | 04/29/2019 | 45852 | BEERS ENTERPRISES INCORPORATED DBA | 18,988.31 |
| Bill Pmt -Check | 03/28/2019 | 45539 | BMI BROADCAST MUSIC, INC | 65.17 |
| Bill Pmt -Check | 04/29/2019 | 45853 | BMI BROADCAST MUSIC, INC | 65.17 |
| Bill Pmt -Check | 03/26/2019 | 45521 | Bonilla Desarden, Joanne Marie | 100.80 |
| Bill Pmt -Check | 05/16/2019 | 46177 | Bonilla Desarden, Joanne Marie | 93.60 |

# AMERICA CV NETWORK 2019
## Account QuickReport
### As of May 28, 2019

| Type | Date | Num | Name | Amount |
|------|------|-----|------|-------:|
| Bill Pmt -Check | 05/14/2019 | 873106 | BORINQUEN COMMUNICATION, INC. | 13,909.62 |
| Bill Pmt -Check | 04/02/2019 | 45566 | BRAUN, EMILIO. | 5,359.45 |
| Bill Pmt -Check | 03/26/2019 | 45517 | BROADCAST DEPOT CORP. | 1,915.79 |
| Bill Pmt -Check | 04/29/2019 | 45854 | BROADCAST DEPOT CORP. | 1,915.81 |
| Bill Pmt -Check | 05/01/2019 | 45892 | CABALLERO RIVERO WETCHESTER | 5,656.00 |
| Check | 03/15/2019 | 45405 | CANAL PARTNER MEDIA | 403.75 |
| Bill Pmt -Check | 03/05/2019 | 45279 | CASH - PETTY CASH | 1,000.00 |
| Bill Pmt -Check | 03/11/2019 | 45384 | CASH - PETTY CASH | 2,086.81 |
| Bill Pmt -Check | 03/21/2019 | 45408 | CASH - PETTY CASH | 83.37 |
| Bill Pmt -Check | 03/21/2019 | 45512 | CASH - PETTY CASH | 1,623.38 |
| Bill Pmt -Check | 04/04/2019 | 45567 | CASH - PETTY CASH | 1,000.00 |
| Bill Pmt -Check | 04/05/2019 | 45686 | CASH - PETTY CASH | 363.46 |
| Bill Pmt -Check | 04/08/2019 | 45699 | CASH - PETTY CASH | 1,670.25 |
| Bill Pmt -Check | 04/12/2019 | 45705 | CASH - PETTY CASH | 1,018.00 |
| Bill Pmt -Check | 04/12/2019 | 45706 | CASH - PETTY CASH | 479.15 |
| Bill Pmt -Check | 04/12/2019 | 45707 | CASH - PETTY CASH | 386.34 |
| Bill Pmt -Check | 04/24/2019 | 45827 | CASH - PETTY CASH | 423.70 |
| Bill Pmt -Check | 04/24/2019 | 45828 | CASH - PETTY CASH | 1,500.16 |
| Bill Pmt -Check | 05/01/2019 | 46006 | CASH - PETTY CASH | 1,000.00 |
| Bill Pmt -Check | 05/09/2019 | 46027 | CASH - PETTY CASH | 5,000.00 |
| Bill Pmt -Check | 05/14/2019 | 46029 | CASH - PETTY CASH | 2,204.69 |
| Bill Pmt -Check | 05/15/2019 | 46030 | CASH - PETTY CASH | 2,733.12 |
| Bill Pmt -Check | 05/17/2019 | 46179 | CASH - PETTY CASH | |
| Bill Pmt -Check | 05/17/2019 | 46216 | CASH - PETTY CASH | 50.00 |
| Bill Pmt -Check | 05/17/2019 | 46217 | CASH - PETTY CASH | 167.14 |
| Bill Pmt -Check | 05/23/2019 | 46232 | CASH - PETTY CASH | 2,385.29 |
| Bill Pmt -Check | 05/28/2019 | 46234 | CASH - PETTY CASH | 10,000.00 |
| Bill Pmt -Check | 05/28/2019 | 46235 | CASH - PETTY CASH | 750.00 |
| Bill Pmt -Check | 03/28/2019 | 45540 | CENTURYLINK COMMUNICATIONS | 3,230.41 |
| Bill Pmt -Check | 04/29/2019 | 45855 | CENTURYLINK COMMUNICATIONS | 3,278.87 |
| Bill Pmt -Check | 03/26/2019 | 45522 | CHUBB & SON | 4,471.39 |
| Bill Pmt -Check | 04/26/2019 | 45837 | CHUBB & SON | 4,471.39 |
| Bill Pmt -Check | 04/05/2019 | 45687 | CITY OF HIALEAH GARDENS | 1,357.10 |
| Bill Pmt -Check | 03/28/2019 | 45541 | COLONIAL LIFE | 657.32 |
| Bill Pmt -Check | 04/26/2019 | 45834 | COLONIAL LIFE | 652.98 |
| Bill Pmt -Check | 05/17/2019 | 46180 | COLONIAL LIFE | 652.98 |
| Bill Pmt -Check | 03/28/2019 | 45542 | COMCAST ABB NETWORK SOLUTIONS, INC | 491.41 |
| Bill Pmt -Check | 03/28/2019 | 45545 | COMCAST ABB NETWORK SOLUTIONS, INC | 12,182.11 |
| Bill Pmt -Check | 04/29/2019 | 45856 | COMCAST ABB NETWORK SOLUTIONS, INC | 12,002.85 |
| Bill Pmt -Check | 04/29/2019 | 45857 | COMCAST ABB NETWORK SOLUTIONS, INC | 470.81 |
| Bill Pmt -Check | 05/07/2019 | 46015 | COMCAST ABB NETWORK SOLUTIONS, INC | 12,080.41 |
| Bill Pmt -Check | 03/28/2019 | 45544 | COMCAST BUSINESS | 222.97 |
| Bill Pmt -Check | 04/29/2019 | 45859 | COMCAST BUSINESS | 222.97 |
| Bill Pmt -Check | 05/23/2019 | 46233 | COMCAST BUSINESS | 222.97 |
| Bill Pmt -Check | 03/19/2019 | 872398 | COMCAST CABLE | 302.07 |
| Bill Pmt -Check | 03/28/2019 | 45543 | COMCAST CABLE | 131.32 |
| Bill Pmt -Check | 04/29/2019 | 45858 | COMCAST CABLE | 133.04 |
| Bill Pmt -Check | 05/07/2019 | 46016 | COMCAST CABLE | 141.23 |
| Bill Pmt -Check | 05/22/2019 | 46229 | COMCAST CABLE | 153.04 |
| Bill Pmt -Check | 03/11/2019 | 872228 | CORDERO & ASSOCIATES, PA | 5,610.00 |
| Bill Pmt -Check | 04/29/2019 | 45860 | CORDERO & ASSOCIATES, PA | 251.50 |
| Bill Pmt -Check | 04/05/2019 | 45682 | CORDOBA, VIODELDA MERCEDES | 44.00 |
| Bill Pmt -Check | 03/28/2019 | 872410 | CORPORACION RADIO TV ESPANOLA S.A. | 13,587.50 |
| Bill Pmt -Check | 04/30/2019 | 872761 | CORPORACION RADIO TV ESPANOLA S.A. | 13,587.50 |
| Bill Pmt -Check | 05/23/2019 | 873113 | CORPORACION RADIO TV ESPANOLA S.A. | 13,587.50 |

2:59 PM
06/10/19
Accrual Basis

Case 19-16976-AJC AMERICA IV NETWORK 10/19 Page 64 of 76

**Account QuickReport**
As of May 28, 2019

| | | | | |
|---|---|---|---|---|
| Bill Pmt -Check | 04/12/2019 | 45703 | CREATIKA CORP | 800.00 |
| Bill Pmt -Check | 04/29/2019 | 45861 | DADE ELEVATOR INSPECTORS | 148.50 |
| Bill Pmt -Check | 03/28/2019 | 45546 | DAIOHS USA, INC. | 160.15 |
| Check | 03/20/2019 | 45407 | DEL RAY MEDIA | 21.25 |
| Bill Pmt -Check | 03/28/2019 | 45547 | DELL FINANCIAL SERVICES | 364.10 |
| Bill Pmt -Check | 04/29/2019 | 45862 | DELL FINANCIAL SERVICES | 364.10 |
| Bill Pmt -Check | 05/17/2019 | 46181 | DIELECTRIC | 4,655.00 |
| Bill Pmt -Check | 03/28/2019 | 45548 | DIRECT CAPITAL CORP | 1,548.43 |
| Bill Pmt -Check | 03/28/2019 | 45549 | DIRECT CAPITAL CORP | 942.40 |
| Bill Pmt -Check | 04/05/2019 | 45688 | DIRECT CAPITAL CORP | 1,083.76 |
| Bill Pmt -Check | 04/05/2019 | 45689 | DIRECT CAPITAL CORP | 1,772.32 |
| Bill Pmt -Check | 05/17/2019 | 46182 | DIRECT CAPITAL CORP | 942.40 |
| Bill Pmt -Check | 05/17/2019 | 46183 | DIRECT CAPITAL CORP | 1,548.43 |
| Bill Pmt -Check | 04/26/2019 | 45840 | DON HILLMAN INC | 259.79 |
| Bill Pmt -Check | 03/04/2019 | 45274 | DORTA & ORTEGA, P.A. | 25,000.00 |
| Bill Pmt -Check | 03/04/2019 | 45275 | DORTA & ORTEGA, P.A. | 4,235.41 |
| Bill Pmt -Check | 04/15/2019 | 45709 | DORTA & ORTEGA, P.A. | 9,401.00 |
| Bill Pmt -Check | 04/15/2019 | 45710 | DORTA & ORTEGA, P.A. | 479.79 |
| Bill Pmt -Check | 04/15/2019 | 45712 | DORTA & ORTEGA, P.A. | 954.91 |
| Bill Pmt -Check | 04/15/2019 | 45713 | DORTA & ORTEGA, P.A. | 15,599.00 |
| Bill Pmt -Check | 04/15/2019 | 45714 | DORTA & ORTEGA, P.A. | 2,458.12 |
| Bill Pmt -Check | 04/15/2019 | 45715 | DORTA & ORTEGA, P.A. | 595.81 |
| Bill Pmt -Check | 05/01/2019 | 46005 | DORTA & ORTEGA, P.A. | 8,015.70 |
| Bill Pmt -Check | 05/01/2019 | 46007 | DORTA & ORTEGA, P.A. | 50,000.00 |
| Bill Pmt -Check | 05/08/2019 | 46023 | DORTA & ORTEGA, P.A. | 50,000.00 |
| Bill Pmt -Check | 03/28/2019 | 872407 | DOS AL CUBO, LLC | 1,500.00 |
| Bill Pmt -Check | 04/30/2019 | 872762 | DOS AL CUBO, LLC | 1,500.00 |
| Bill Pmt -Check | 05/17/2019 | 873108 | DOS AL CUBO, LLC | 2,266.00 |
| Bill Pmt -Check | 04/10/2019 | 45702 | ECUATRONIX USA, INC | 335.00 |
| Bill Pmt -Check | 04/16/2019 | 872586 | ECUATRONIX USA, INC | 942.00 |
| Bill Pmt -Check | 04/23/2019 | 45825 | ECUATRONIX USA, INC | 3,224.98 |
| Bill Pmt -Check | 04/26/2019 | 45829 | ECUATRONIX USA, INC | 1,143.85 |
| Bill Pmt -Check | 03/01/2019 | 45270 | ELEGUA & SHANGO PRODUCTIONS, INC | 12,000.00 |
| Bill Pmt -Check | 03/14/2019 | 45402 | ELEGUA & SHANGO PRODUCTIONS, INC | 10,000.00 |
| Bill Pmt -Check | 03/28/2019 | 45550 | ELEGUA & SHANGO PRODUCTIONS, INC | 1,020.83 |
| Bill Pmt -Check | 03/28/2019 | 45551 | ELEGUA & SHANGO PRODUCTIONS, INC | 10,000.00 |
| Bill Pmt -Check | 04/01/2019 | 45565 | ELEGUA & SHANGO PRODUCTIONS, INC | 12,000.00 |
| Bill Pmt -Check | 04/26/2019 | 45839 | ELEGUA & SHANGO PRODUCTIONS, INC | 7,000.00 |
| Bill Pmt -Check | 05/01/2019 | 45894 | ELEGUA & SHANGO PRODUCTIONS, INC | 12,000.00 |
| Bill Pmt -Check | 05/22/2019 | 46227 | ELEGUA & SHANGO PRODUCTIONS, INC | 10,000.00 |
| Bill Pmt -Check | 05/23/2019 | 873114 | EMPRESAS ROLON | 31,500.00 |
| Bill Pmt -Check | 04/29/2019 | 45863 | ENLIGHTEN DIGITAL, L.L.C. | 3,038.01 |
| Bill Pmt -Check | 03/04/2019 | 45277 | ESQUIRE DEPOSITION SOLUTIONS, LLC | 5,376.53 |
| Bill Pmt -Check | 03/04/2019 | 872057 | F.P.L | 14,457.67 |
| Bill Pmt -Check | 03/04/2019 | 872058 | F.P.L | 642.38 |
| Bill Pmt -Check | 03/26/2019 | 45523 | F.P.L | |
| Bill Pmt -Check | 03/28/2019 | 872405 | F.P.L | 15,497.35 |
| Bill Pmt -Check | 03/28/2019 | 872412 | F.P.L | 641.97 |
| Bill Pmt -Check | 04/29/2019 | 45864 | F.P.L | 14,916.32 |
| Bill Pmt -Check | 04/29/2019 | 45865 | F.P.L | 565.15 |
| Bill Pmt -Check | 03/26/2019 | 45524 | FEDERAL EXPRESS | 959.54 |
| Bill Pmt -Check | 04/29/2019 | 45866 | FEDERAL EXPRESS | 136.69 |
| Bill Pmt -Check | 05/17/2019 | 46201 | FEDERAL EXPRESS | 246.48 |
| Bill Pmt -Check | 03/26/2019 | 45525 | FIRST FLASH JANITORIAL SERVICES, INC | 3,306.30 |
| Bill Pmt -Check | 03/29/2019 | 45563 | FIRST FLASH JANITORIAL SERVICES, INC | 3,306.30 |

2:59 PM
06/10/19
Accrual Basis

Case 19-16976-AJC  Doc 19  Filed 06/10/19    Page 65 of 76

AMERICA IV NETWORK 2019
## Account QuickReport
### As of May 28, 2019

| Check | 04/04/2019 | 45568 | FIRST FLASH JANITORIAL SERVICES, INC | 3,270.30 |
|---|---|---|---|---|
| Bill Pmt -Check | 04/29/2019 | 45867 | FIRST FLASH JANITORIAL SERVICES, INC | 3,306.30 |
| Bill Pmt -Check | 04/29/2019 | 45868 | FIRST FLASH JANITORIAL SERVICES, INC | 3,306.30 |
| Bill Pmt -Check | 03/26/2019 | 45526 | FLETCHER, HEALD & HILDRETH, P.L.C | 5,530.20 |
| Bill Pmt -Check | 04/29/2019 | 45869 | FLETCHER, HEALD & HILDRETH, P.L.C | 4,618.75 |
| Bill Pmt -Check | 05/07/2019 | 46012 | FLETCHER, HEALD & HILDRETH, P.L.C | 7,190.00 |
| Bill Pmt -Check | 05/17/2019 | 46202 | FLETCHER, HEALD & HILDRETH, P.L.C | 7,377.50 |
| Bill Pmt -Check | 02/28/2019 | 45265 | FOJO, WALTER | 281.25 |
| Bill Pmt -Check | 03/26/2019 | 45527 | FPI SECURITY SERVICES INC. | 9,636.42 |
| Bill Pmt -Check | 04/29/2019 | 45870 | FPI SECURITY SERVICES INC. | 9,636.42 |
| Bill Pmt -Check | 05/07/2019 | 46011 | FPI SECURITY SERVICES INC. | 4,817.71 |
| Bill Pmt -Check | 05/17/2019 | 46203 | FPI SECURITY SERVICES INC. | 4,818.21 |
| Bill Pmt -Check | 04/25/2019 | 872752 | GENOVESES, JOBLOVE & BATTISTA  P.A. | 20,000.00 |
| Bill Pmt -Check | 05/23/2019 | 873112 | GENOVESES, JOBLOVE & BATTISTA  P.A. | 50,000.00 |
| Bill Pmt -Check | 03/28/2019 | 872406 | GIL LEYVA, YUNAYQUI | 4,000.00 |
| Bill Pmt -Check | 04/30/2019 | 872767 | GIL LEYVA, YUNAYQUI | 4,000.00 |
| Bill Pmt -Check | 03/01/2019 | 45273 | GIRAULD FLOORING, INC | 6,000.00 |
| Bill Pmt -Check | 03/15/2019 | 45403 | GIRAULD FLOORING, INC | 4,000.00 |
| Bill Pmt -Check | 03/29/2019 | 45564 | GIRAULD FLOORING, INC | 4,869.00 |
| Check | 03/15/2019 | 45404 | GMMB | 1,579.30 |
| Bill Pmt -Check | 03/26/2019 | 45528 | GORGY RECYCLING ROLL-OFF SERVICES | 610.00 |
| Bill Pmt -Check | 05/17/2019 | 46204 | GORGY RECYCLING ROLL-OFF SERVICES | 685.00 |
| Bill Pmt -Check | 03/26/2019 | 45529 | GTT AMERICAS, LLC | 9,897.60 |
| Bill Pmt -Check | 04/29/2019 | 45871 | GTT AMERICAS, LLC | 4,284.46 |
| Bill Pmt -Check | 05/17/2019 | 46205 | GTT AMERICAS, LLC | 4,454.45 |
| Bill Pmt -Check | 04/29/2019 | 45843 | GUERRA, BARBARA  A. | 1,877.00 |
| Bill Pmt -Check | 05/24/2019 | 873115 | HITACHI KOKUSAI ELECTRIC AMERICA, LTD | 14,870.00 |
| Bill Pmt -Check | 03/28/2019 | 872411 | HUMANA HLTH INS OF FL | 68,964.10 |
| Bill Pmt -Check | 04/26/2019 | 872754 | HUMANA HLTH INS OF FL | 65,805.15 |
| Bill Pmt -Check | 04/29/2019 | 45872 | INTERNATIONAL BUSINESS MACHINES CORP | 2,826.94 |
| Bill Pmt -Check | 04/29/2019 | 45873 | INTERNATIONAL BUSINESS MACHINES CORP | 1,833.25 |
| Bill Pmt -Check | 05/17/2019 | 46206 | INTERNATIONAL BUSINESS MACHINES CORP | 2,826.94 |
| Bill Pmt -Check | 03/11/2019 | 872229 | IPFS CORPORATION | 22,185.79 |
| Bill Pmt -Check | 04/26/2019 | 872753 | IPFS CORPORATION | 23,295.08 |
| Bill Pmt -Check | 05/17/2019 | 873107 | IPFS CORPORATION | 22,185.79 |
| Bill Pmt -Check | 04/29/2019 | 45844 | KENSINGTON-LOTT, ANNE ROSE. | 1,635.00 |
| Bill Pmt -Check | 04/29/2019 | 45874 | KESSLER AND GEHMAN ASSOCIATES, INC. | 530.00 |
| Bill Pmt -Check | 03/11/2019 | 45392 | KIA MOTORS FINANCE | 485.00 |
| Bill Pmt -Check | 04/15/2019 | 45708 | KIA MOTORS FINANCE | 485.00 |
| Bill Pmt -Check | 05/07/2019 | 46017 | KIA MOTORS FINANCE | 485.00 |
| Bill Pmt -Check | 03/21/2019 | 45409 | LAW OFFICE OF WILFREDO O. ALLEN, PA | 5,000.00 |
| Bill Pmt -Check | 03/25/2019 | 45516 | LEADING EDGE TECH, INC | 880.00 |
| Bill Pmt -Check | 03/01/2019 | 45268 | LEON, DAISY M. | 150.00 |
| Bill Pmt -Check | 03/29/2019 | 45562 | LEON, DAISY M. | 55.80 |
| Bill Pmt -Check | 03/11/2019 | 45393 | LEXUS FINANCIAL SERVICES | 687.00 |
| Bill Pmt -Check | 04/05/2019 | 45690 | LEXUS FINANCIAL SERVICES | 687.00 |
| Bill Pmt -Check | 05/07/2019 | 46018 | LEXUS FINANCIAL SERVICES | 687.00 |
| Bill Pmt -Check | 03/04/2019 | 45278 | LIKE SPECTRUM, LLC | 10,000.00 |
| Bill Pmt -Check | 03/29/2019 | 872414 | LIKE SPECTRUM, LLC | 11,948.66 |
| Bill Pmt -Check | 05/22/2019 | 46231 | LOUD AND LIVE, INC | 7,542.24 |
| Bill Pmt -Check | 03/28/2019 | 872408 | MAGIC SOFT SRL | 868.00 |
| Bill Pmt -Check | 03/01/2019 | 45271 | MARCELL FELIPE, PA. | 16,179.37 |
| Bill Pmt -Check | 04/05/2019 | 45691 | MARCELL FELIPE, PA. | 15,000.00 |
| Bill Pmt -Check | 04/29/2019 | 45842 | MARCELL FELIPE, PA. | |
| Bill Pmt -Check | 04/29/2019 | 872757 | MARCELL FELIPE, PA. | 338.75 |

2:59 PM
06/10/19
Accrual Basis

Case 19-16976-AJC AMERICA TV NETWORK 20 LLC    Page 66 of 76

Account QuickReport
As of May 28, 2019

| | | | |
|---|---|---|---|
| Bill Pmt -Check | 04/29/2019 872758 | MARCELL FELIPE, PA. | 338.75 |
| Bill Pmt -Check | 03/11/2019 45394 | MARIO'S REPAIR AND SERVICES | 1,224.00 |
| Bill Pmt -Check | 03/28/2019 45552 | MARIO'S REPAIR AND SERVICES | 3,880.00 |
| Bill Pmt -Check | 05/07/2019 46008 | MARIO'S REPAIR AND SERVICES | 2,750.00 |
| Bill Pmt -Check | 05/07/2019 46009 | MARIO'S REPAIR AND SERVICES | 2,700.00 |
| Bill Pmt -Check | 05/15/2019 46032 | MARIO'S REPAIR AND SERVICES | 2,750.00 |
| Bill Pmt -Check | 04/12/2019 45704 | MARTINEZ, FRANK. | 3,000.00 |
| Bill Pmt -Check | 04/16/2019 45716 | MIAMI DADE COUNTY | 25.00 |
| Bill Pmt -Check | 04/18/2019 45718 | MIAMI DADE COUNTY | 61.75 |
| Bill Pmt -Check | 05/06/2019 46004 | MIAMI DADE COUNTY | 224.38 |
| Bill Pmt -Check | 05/15/2019 46031 | MIAMI DADE COUNTY | 669.95 |
| Bill Pmt -Check | 03/11/2019 45395 | MIAMI JANITORIAL SUPPLIES, INC | 754.01 |
| Bill Pmt -Check | 05/17/2019 46208 | MIAMI JANITORIAL SUPPLIES, INC | 698.70 |
| Bill Pmt -Check | 05/17/2019 46207 | MIAMI-DADE FIRE RESCUE DEPARTMENT | 312.00 |
| Bill Pmt -Check | 04/30/2019 45890 | MONICA PASQUALOTTO LLC | 450.00 |
| Bill Pmt -Check | 05/20/2019 46225 | MONTENEGRO ROSA, ROXANA | 100.00 |
| Bill Pmt -Check | 03/26/2019 45530 | MOUNTAIN VALLEY WATER CO. | 14.45 |
| Bill Pmt -Check | 04/29/2019 45875 | MOUNTAIN VALLEY WATER CO. | 14.45 |
| Bill Pmt -Check | 05/17/2019 46209 | MOUNTAIN VALLEY WATER CO. | 14.45 |
| Bill Pmt -Check | 03/26/2019 45531 | NISSAN MOTOR ACCEPTANCE CORP | 419.56 |
| Bill Pmt -Check | 04/26/2019 45835 | NISSAN MOTOR ACCEPTANCE CORP | 419.56 |
| Bill Pmt -Check | 05/07/2019 46021 | NISSAN MOTOR ACCEPTANCE CORP | 419.56 |
| Bill Pmt -Check | 03/28/2019 872413 | ORLY GROUP, INC | 55,000.00 |
| Bill Pmt -Check | 04/09/2019 872580 | ORLY GROUP, INC | 55,000.00 |
| Bill Pmt -Check | 04/08/2019 45697 | OTERO BECERRA, CARLOS | |
| Bill Pmt -Check | 04/08/2019 45700 | OTERO BECERRA, CARLOS | 200.00 |
| Bill Pmt -Check | 04/15/2019 872585 | PAUL  A. REMILLARD | 7,500.00 |
| Bill Pmt -Check | 03/28/2019 45553 | PENICHET, EUGENIA MARIA . | 900.00 |
| Bill Pmt -Check | 05/22/2019 46228 | PENICHET, EUGENIA MARIA . | 300.00 |
| Bill Pmt -Check | 05/21/2019 46226 | PEREZ RAMOS, JOSE LUIS | 100.00 |
| Bill Pmt -Check | 03/18/2019 45406 | PEREZ, DANITZA A | 2,000.00 |
| Bill Pmt -Check | 03/28/2019 45554 | PINEDA LAWN SERVICES INC. | 650.00 |
| Bill Pmt -Check | 04/29/2019 45876 | PINEDA LAWN SERVICES INC. | 650.00 |
| Bill Pmt -Check | 03/26/2019 45532 | PRESS ASSOCIATION, INC. | 3,612.77 |
| Bill Pmt -Check | 04/29/2019 45877 | PRESS ASSOCIATION, INC. | 3,612.77 |
| Bill Pmt -Check | 03/01/2019 872056 | PRIME TIME PARTNERS MIAMI, LLC | 16,300.00 |
| Bill Pmt -Check | 04/01/2019 872415 | PRIME TIME PARTNERS MIAMI, LLC | 16,300.00 |
| Bill Pmt -Check | 05/01/2019 872934 | PRIME TIME PARTNERS MIAMI, LLC | 16,300.00 |
| Bill Pmt -Check | 05/03/2019 872935 | PROGRESSIVE AMERICAN INSURANCE CO | 2,343.00 |
| Bill Pmt -Check | 03/04/2019 45276 | RASCO KLOCK PEREZ & NIETO, P.L. | 25,000.00 |
| Bill Pmt -Check | 04/19/2019 45820 | RASCO KLOCK PEREZ & NIETO, P.L. | 25,000.00 |
| Bill Pmt -Check | 03/28/2019 45555 | RESTORED DIGITAL SOLUTIONS, LLC | 700.09 |
| Bill Pmt -Check | 05/17/2019 46210 | RESTORED DIGITAL SOLUTIONS, LLC | 987.80 |
| Bill Pmt -Check | 03/01/2019 45269 | RIEGER, GERD | 225.00 |
| Bill Pmt -Check | 03/26/2019 45533 | ROTO ROOTER SERVICES CO. | 456.25 |
| Bill Pmt -Check | 04/05/2019 45692 | ROTO ROOTER SERVICES CO. | 370.00 |
| Bill Pmt -Check | 05/17/2019 46211 | ROTO ROOTER SERVICES CO. | 401.90 |
| Bill Pmt -Check | 04/29/2019 45878 | ROWLAND COFFEE ROASTERS | 371.46 |
| Bill Pmt -Check | 03/28/2019 45556 | RSM ROC & COMPANY | 104.00 |
| Bill Pmt -Check | 04/09/2019 45701 | SALAZAR LAW, LLP | 10,000.00 |
| Bill Pmt -Check | 05/09/2019 46026 | SALAZAR LAW, LLP | 5,000.00 |
| Bill Pmt -Check | 04/24/2019 45826 | SARDI LAW, PLLC | 7,500.00 |
| Bill Pmt -Check | 05/22/2019 873111 | SARDI LAW, PLLC | 7,500.00 |
| Bill Pmt -Check | 04/23/2019 45824 | SCHWERERT, HECTOR FELIPE | 600.00 |
| Bill Pmt -Check | 04/30/2019 45891 | SEVCEC, PEDRO | 100.00 |

2:59 PM
06/10/19
Accrual Basis

Case 19-16976-AJC Doc 19 Filed 06/12/19   Page 67 of 76
**AMERICA CV NETWORK, LLC**
**Account QuickReport**
As of May 28, 2019

| | | | | | |
|---|---|---|---|---|---|
| Bill Pmt -Check | 05/20/2019 | 46224 | SILVA RODRIGUEZ ,ALEXANDER | 100.00 | |
| Bill Pmt -Check | 04/04/2019 | 45681 | SMART LIGHT | 1,100.00 | |
| Bill Pmt -Check | 03/26/2019 | 45534 | STAPLES ADVANTAGE | 962.62 | |
| Bill Pmt -Check | 04/05/2019 | 45693 | STAPLES ADVANTAGE | 554.38 | |
| Bill Pmt -Check | 04/29/2019 | 45879 | STAPLES ADVANTAGE | 905.46 | |
| Bill Pmt -Check | 05/17/2019 | 46212 | STAPLES ADVANTAGE | 658.08 | |
| Bill Pmt -Check | 03/28/2019 | 45557 | STRATA MARKETING, INC | 222.00 | |
| Bill Pmt -Check | 04/30/2019 | 45880 | STRATA MARKETING, INC | 222.00 | |
| Bill Pmt -Check | 03/12/2019 | 45400 | SUPERIOR SATELITE ENGINEERS | 5,014.00 | |
| Bill Pmt -Check | 03/28/2019 | 45558 | TASC | 164.30 | |
| Bill Pmt -Check | 04/30/2019 | 45881 | TASC | 164.30 | |
| Bill Pmt -Check | 03/28/2019 | 45561 | TECH AIR OF SOUTH FLORIDA | 34.24 | |
| Bill Pmt -Check | 05/17/2019 | 46213 | TECH AIR OF SOUTH FLORIDA | 34.24 | |
| Bill Pmt -Check | 03/14/2019 | 872233 | THE PASSONI IRREVOCABLE TRUST | 9,000.00 | |
| Bill Pmt -Check | 04/15/2019 | 872584 | THE PASSONI IRREVOCABLE TRUST | 9,000.00 | |
| Bill Pmt -Check | 05/09/2019 | 872938 | THE PASSONI IRREVOCABLE TRUST | 9,000.00 | |
| Bill Pmt -Check | 03/28/2019 | 45559 | THOMSON REUTERS (MARKETS) LLC. | 4,140.00 | |
| Bill Pmt -Check | 04/30/2019 | 45882 | THOMSON REUTERS (MARKETS) LLC. | 4,140.00 | |
| Bill Pmt -Check | 03/28/2019 | 45560 | TIAA COMMERCIAL FINANCE, INC | 852.97 | |
| Bill Pmt -Check | 04/26/2019 | 45836 | TIAA COMMERCIAL FINANCE, INC | 574.73 | |
| Bill Pmt -Check | 03/11/2019 | 45396 | T-MOBILE | 385.50 | |
| Bill Pmt -Check | 04/05/2019 | 45694 | T-MOBILE | 384.14 | |
| Bill Pmt -Check | 05/07/2019 | 46019 | T-MOBILE | 383.92 | |
| Bill Pmt -Check | 05/17/2019 | 46214 | TRIANGLE FIRE INC | 469.45 | |
| Bill Pmt -Check | 04/30/2019 | 45883 | TRULY NOLEN OF AMERICA, INC. | 326.35 | |
| Bill Pmt -Check | 05/17/2019 | 46215 | TRULY NOLEN OF AMERICA, INC. | 326.35 | |
| Bill Pmt -Check | 03/21/2019 | 45410 | U.S. DEPARTMENT OF HOMELAND SECURITY | 460.00 | |
| Bill Pmt -Check | 03/21/2019 | 45411 | U.S. DEPARTMENT OF HOMELAND SECURITY | | |
| Bill Pmt -Check | 03/21/2019 | 45412 | U.S. DEPARTMENT OF HOMELAND SECURITY | 500.00 | |
| Bill Pmt -Check | 03/21/2019 | 45413 | U.S. DEPARTMENT OF HOMELAND SECURITY | 1,500.00 | |
| Bill Pmt -Check | 03/26/2019 | 45535 | UNITED TELEPORTS, INC | 23,600.00 | |
| Bill Pmt -Check | 04/30/2019 | 45884 | UPCOM TECHNOLOGIES, INC | 3,852.00 | |
| Bill Pmt -Check | 04/05/2019 | 45695 | VALDEZ, LAZARO ALBERTO | 400.00 | |
| Bill Pmt -Check | 04/30/2019 | 45885 | VALDEZ, LAZARO ALBERTO | 300.00 | |
| Bill Pmt -Check | 05/07/2019 | 46013 | VALDEZ, LAZARO ALBERTO | 400.00 | |
| Bill Pmt -Check | 03/11/2019 | 45397 | VERIZON | 37.20 | |
| Bill Pmt -Check | 04/30/2019 | 872759 | VERIZON | 147.17 | |
| Bill Pmt -Check | 05/07/2019 | 46020 | VERIZON | 59.60 | |
| Bill Pmt -Check | 03/11/2019 | 45398 | VERIZON.. | 1,001.71 | |
| Bill Pmt -Check | 04/30/2019 | 872760 | VERIZON.. | 936.16 | |
| Bill Pmt -Check | 05/07/2019 | 46022 | VERIZON.. | 925.69 | |
| Bill Pmt -Check | 03/28/2019 | 872409 | VSN NORTH AMERICA, INC. | 2,388.00 | |
| Bill Pmt -Check | 03/26/2019 | 45536 | WASTE MANAGEMENT | 576.92 | |
| Bill Pmt -Check | 04/30/2019 | 45886 | WASTE MANAGEMENT | 576.92 | |
| Bill Pmt -Check | 04/30/2019 | 45887 | WATERMAIN | 203.30 | |
| Bill Pmt -Check | 03/26/2019 | 45537 | WIDEORBIT INC. | 11,383.98 | |
| Bill Pmt -Check | 04/30/2019 | 45888 | WIDEORBIT INC. | 11,383.98 | |
| Bill Pmt -Check | 03/01/2019 | 45272 | ZAMORA, ANTUAN | 208.30 | |
| | | | | **$ 1,675,726.76** | |
| | | | | | |
| Liability Check | 03/12/2019 | 45399 | AFLAC | 2,537.12 | |
| Liability Check | 04/05/2019 | 45696 | AFLAC | 2,259.08 | |
| Liability Check | 05/01/2019 | 45893 | AFLAC | 2,336.84 | |
| Liability Check | 03/25/2019 | 45513 | FLORIDA STATE DISBURSEMENT UNI | 284.02 | |
| Liability Check | 03/25/2019 | 45514 | FLORIDA STATE DISBURSEMENT UNI | 230.77 | |

# Account QuickReport
### As of May 28, 2019

| | | | | |
|---|---|---|---|---:|
| Liability Check | 03/25/2019 | 45515 | FLORIDA STATE DISBURSEMENT UNI | 361.90 |
| Liability Check | 04/05/2019 | 45683 | FLORIDA STATE DISBURSEMENT UNI | 230.77 |
| Liability Check | 04/05/2019 | 45684 | FLORIDA STATE DISBURSEMENT UNI | 361.90 |
| Liability Check | 04/05/2019 | 45685 | FLORIDA STATE DISBURSEMENT UNI | 284.02 |
| Liability Check | 04/19/2019 | 45821 | FLORIDA STATE DISBURSEMENT UNI | 284.02 |
| Liability Check | 04/19/2019 | 45822 | FLORIDA STATE DISBURSEMENT UNI | 361.90 |
| Liability Check | 04/19/2019 | 45823 | FLORIDA STATE DISBURSEMENT UNI | 230.77 |
| Liability Check | 05/03/2019 | 46001 | FLORIDA STATE DISBURSEMENT UNI | 361.90 |
| Liability Check | 05/03/2019 | 46002 | FLORIDA STATE DISBURSEMENT UNI | 230.77 |
| Liability Check | 05/03/2019 | 46003 | FLORIDA STATE DISBURSEMENT UNI | 284.02 |
| Liability Check | 05/20/2019 | 46221 | FLORIDA STATE DISBURSEMENT UNI | 284.02 |
| Liability Check | 05/20/2019 | 46222 | FLORIDA STATE DISBURSEMENT UNI | 230.77 |
| Liability Check | 05/20/2019 | 46223 | FLORIDA STATE DISBURSEMENT UNI | 361.90 |
| Liability Check | 04/29/2019 | 45838 | FLORIDA U.C. FUND | |
| Liability Check | 04/29/2019 | 872756 | FLORIDA U.C. FUND | 10,027.38 |
| Liability Check | 03/13/2019 | 872231 | UNITED STATES TREASURY | 68,819.80 |
| Liability Check | 03/13/2019 | 872232 | UNITED STATES TREASURY | 105.40 |
| Liability Check | 03/27/2019 | 872403 | UNITED STATES TREASURY | 67,950.10 |
| Liability Check | 03/27/2019 | 872404 | UNITED STATES TREASURY | 105.42 |
| Liability Check | 04/10/2019 | 872581 | UNITED STATES TREASURY | 67,289.92 |
| Liability Check | 04/10/2019 | 872582 | UNITED STATES TREASURY | 164.60 |
| Liability Check | 04/24/2019 | 872750 | UNITED STATES TREASURY | 66,850.66 |
| Liability Check | 04/24/2019 | 872751 | UNITED STATES TREASURY | 164.60 |
| Liability Check | 04/26/2019 | 872755 | UNITED STATES TREASURY | 5,420.22 |
| Liability Check | 05/08/2019 | 872936 | UNITED STATES TREASURY | 64,774.56 |
| Liability Check | 05/08/2019 | 872937 | UNITED STATES TREASURY | 134.20 |
| Liability Check | 05/22/2019 | 873109 | UNITED STATES TREASURY | 65,228.14 |
| Liability Check | 05/22/2019 | 873110 | UNITED STATES TREASURY | 53.44 |
| Total 111010 · Regions Bank - Checking | | | **$** | **428,604.93** |

$ 2,104,331.69

AMERICA CV GROUP OF COMPANIES
Schedule of Executive Salaries and List of Benefits
5/6/2019

| NAME | POSITION | COMPENSATION YR | BENEFITS | |
|---|---|---|---|---|
| CARLOS VASALLO TOME | CEO / PRESIDENT | Deferred until 2020 | Use of corporate AMEX for business expenses | |
| EMILIO BRAUN | Vice President | $180,000 | Use of corporate AMEX for business expenses | |
| | | | Health insurance EFF | $ 1,002.00 |
| Miguel Cossio | COO | $180,000 | Health Insurance ES | $ 1,184.49 |
| | | | Company car | $ 687.00 |
| Jorge Salas | CFO | $120,000 | Health Insurance EE | $ 519.10 |
| | | | Car Allowance | $ 419.00 |
| Jeannie Penichet | Sales Director | $120,000 | Health Insurance EE | $ 238.47 |
| | Commissions **YTD** | $24,078 | Car Allowance | $ 300.00 |
| | Bonus Sales **YTD** | $14,540 | | |

| Case Caption | Case Number | Nature of Case | Court | Case Status |
|---|---|---|---|---|
| America-CV Network, LLC v. US Department of the Treasury, Office of Foreign Assets Control | 1:18-CV-22862 | Freedom of Information Act Request | U.S. District Court - Southern District of Florida | Closed |
| Caribevision Holdings, Inc., et al. v. Omar Alejandro Saul Romay, et al. | 3D19-823 | Appeal | Third District Court of Appeals (Florida) | Closed |
| Omar Alejandro Saul Romay, et al. v. Caribevision Holdings, Inc., et al. | 2017-028393-CA-01 | Contract | 11TH JUDICIAL CIRCUIT, MIAMI-DADE COUNTY | Pending |
| AMERICA CV NETWORK, LLC v. MIAMI-DADE COUNTY CLERK OF COURTS | 2019-011915-CA-01 | Writ of Mandamus | 11TH JUDICIAL CIRCUIT, MIAMI-DADE COUNTY | Closed |
| AMERICA CV NETWORK, LLC. v. JOSE C PEREZ CORDOBA ET AL | 2019-006769-CA-01 | Contract | 11TH JUDICIAL CIRCUIT, MIAMI-DADE COUNTY | Pending |
| MUNDOMAX BROADCASTING LLC v. AMERICA CV STATION GROUP INC ET AL | 2017-012371-CA-01 | Contract | 11TH JUDICIAL CIRCUIT, MIAMI-DADE COUNTY | Voluntary Dismissal 6/13/18 |
| LUIS TEJERA, ET AL., v. LINCOLN LENDING SERVICES, LLC, ET AL. | 3D16-2746 | Appeal | Third District Court of Appeals (Florida) | Pending |
| LUIS TEJERA, ET AL., v. LINCOLN LENDING SERVICES, LLC, ET AL. | 2009-076467-CA-01 | Contract | 11TH JUDICIAL CIRCUIT, MIAMI-DADE COUNTY | Pending |
| SOLO AERO CORP. v. AMERICA-CV NETWORK, LLC AND AMERICA-CV STATION GROUP, INC. | 3D16-2297 | Appeal | Third District Court of Appeals (Florida) | Pending |
| MEZA, ANGEL VS CERIANI, JAVIER | 2014-013514-CA-01 | Injunctive Relief | 11TH JUDICIAL CIRCUIT, MIAMI-DADE COUNTY | Pending |

Debtor  **America-CV Network, LLC**                                Case number *(if known)*  **19-16976-BKC-AJC**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**  Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **4/25/19 - $20,000<br>5/23/19- $50,000<br><br>Additional $120,000 paid by America-CV Station Group, Inc. on 5/9/19** | |
| | **Genovese Joblove & Battista, P.A.<br>100 S.E. 2nd Street<br>44th Floor<br>Miami, FL 33131** | **Attorney Fees** | | **$190,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Debtor and America-CV Station Group, Inc.** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor  **America-CV Network, LLC**     Case number *(if known)* **19-16976-BKC-AJC**

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

| **Part 7:** | **Previous Locations** |
| --- | --- |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

| **Part 8:** | **Health Care Bankruptcies** |
| --- | --- |

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

| **Part 9:** | **Personally Identifiable Information** |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
| --- | --- |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **America-CV Network, LLC**                              Case number *(if known)*  **19-16976-BKC-AJC**

---

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **America-CV Network, LLC**                                    Case number *(if known)* **19-16976-BKC-AJC**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **Jorge Salas, CFO**<br>**13001 NW 107th Ave.**<br>**Hialeah Gardens, FL 33018** | **2015 - present** |
| 26a.2. | **HLB Gravier, LLP**<br>**396 Alhambra Cir, Ste 900**<br>**Miami, FL 33134** | **2015 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. | **Jorge Salas, CFO**<br>**13001 NW 107th Ave.**<br>**Hialeah Gardens, FL 33018** | **2015 - present** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2. | **HLB Gravier, LLP**<br>**396 Alhambra Cir., Ste 900**<br>**Miami, FL 33134** | **2015 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. | **Jorge Salas, CFO**<br>**13001 NW 107th Ave.**<br>**Hialeah Gardens, FL 33018** | |
| 26c.2. | **HLB Gravier, LLP**<br>**396 Alhambra Cir., Ste 900**<br>**Miami, FL 33134** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    America-CV Network, LLC _____    Case number *(if known)*  19-16976-BKC-AJC

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carlos Vasallo | 13001 NW 107th Ave. Hialeah Gardens, FL 33018 | Manager | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Emilio Braun | 13001 NW 107th Ave. Hialeah Gardens, FL 33018 | Manager | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Ana Cristina Castilla | 13001 NW 107th Ave. Hialeah Gardens, FL 33018 | Manager | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Marcell Felipe | 1001 Brickell Bay Dr. #1504 Miami, FL 33131 | Manager | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Alejandro Orvananos | 13001 NW 107th Ave. Hialeah Gardens, FL 33018 | Manager | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Angel Santamaria | 13001 NW 107th Ave. Hialeah Gardens, FL 33018 | Manager | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Caribevision TV Network, LLC | 13001 NW 107th Ave. Hialeah Gardens, FL 33018 | Sole holder of membership interests | 100% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **America-CV Network, LLC**                                    Case number *(if known)*   **19-16976-BKC-AJC**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 19, 2019**

**/s/ Jorge Salas**                                        **Jorge Salas**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Authorized Representative**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes